IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC., | CASE NO. CV F 05-1411 OWW LJO |
| Plaintiff, | **ORDER ON PLAINTIFF'S PROTECTIVE ORDER MOTION** |
| vs. | (Doc. 20.) |
| COOPER CAMERON CORPORATION, | |
| Defendant. | |

On May 22, 2006, plaintiff Duhn Oil Tool, Inc. ("Duhn Oil") filed its motion to request this Court to enter Duhn Oil's "unilaterally" submitted proposed protective order. Duhn Oil's protective order motion fails to comply with this Court's Local Rule 37-251. Duhn Oil acknowledges that defendant Cooper Cameron Corporation has not stipulated to Duhn Oil's proposed protective order. As such, this Court is unable to enter Duhn Oil's unilaterally submitted proposed protective order. Unless the parties stipulate to a protective order, Duhn Oil must comply with Local Rule 37-251 to attempt to obtain a protective order. This Court DENIES Duhn Oil's request to enter Duhn Oil's unilaterally submitted proposed protective order.

IT IS SO ORDERED.

**Dated:   May 23, 2006**          /s/ Lawrence J. O'Neill
66h44d                                UNITED STATES MAGISTRATE JUDGE

1