**EDWARD R. SCHWARTZ**, CA Bar No. 147553
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800
e-mail: ers@cph.com
Attorneys for Plaintiff,
Duhn Oil Tool, Inc.

**CHARLES J. ROGERS**
**CONLEY ROSE, P.C.**
600 Travis Street, Suite 7100
Houston, Texas 77002-2912
Telephone: (713) 238-8049
Facsimile: (713- 238-8008
e-mail: crogers@conleyrose. com
Attorneys for Defendant
Cooper Cameron Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC., | Case No. 1:05-cv-01411-OWW-LJO |
| Plaintiff, | **STIPULATION AND ORDER RE SCHEDULE FOR EXPERT DISCLOSURES** |
| vs. | |
| COOPER CAMERON CORPORATION, | |
| Defendant. | |

Plaintiff Duhn Oil Tool, Inc. and Defendant Cooper Cameron Corporation, by their respective attorneys, hereby stipulate to the following schedule concerning expert disclosures.

| | |
|---|---|
| Expert disclosure and reports other than re damages | July 20, 2006 |
| Rebuttal Expert disclosure and reports other than re damages | August 8, 2006 |
| Damages Expert disclosure and reports | October 4, 2006 |
| Rebuttal damages expert disclosure and reports | November 1, 2006 |

The proposed schedule will facilitate preparation of the case without disturbing the present schedule for the Markman hearing and trial dates. In view thereof, the parties

respectfully request that the scheduling order as to expert disclosures and reports be amended to adopt the dates requested by the parties.

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

DATED: June 20, 2006                By ____/s/ Edward R. Schwartz____
                                         Edward R. Schwartz
                                    Attorneys for Plaintiff,
                                    Duhn Oil Tool, Inc.

CONLEY ROSE, P.C.

DATED: June 20, 2006                By ____/s/ Charles J. Rogers____
                                         Charles J. Rogers
                                    Attorneys for Defendant,
                                    Cooper Cameron Corporation

IT IS SO ORDERED:

DATED:   June 23, 2006              /s/ OLIVER W. WANGER
                                    OLIVER W. WANGER
                                    United States Judge

BLV PAS685475.1-*-06/5/06 11:13 AM

-2-   **STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR EXPERT DISCLOSURES**

CHRISTIE, PARKER & HALE, LLP

PDF created with pdfFactory trial version www.pdffactory.com