1  EDWARD R. SCHWARTZ, CA Bar No. 147553
   CHRISTIE, PARKER & HALE, LLP
2  350 West Colorado Boulevard, Suite 500
   Post Office Box 7068
3  Pasadena, California 91109-7068
   Telephone: (626) 795-9900
4  Facsimile: (626) 577-8800
   e-mail: ers@cph.com
5  Attorneys for Plaintiff, Duhn Oil Tool, Inc.

6  CHARLES J. ROGERS
   CONLEY ROSE, P.C.
7  600 Travis Street, Suite 7100
   Houston, Texas 77002-2912
8  Telephone: (713) 238-8049
   Facsimile: (713) 238-8088
9  e-mail crogers@conleyrose. Com
   Attorneys for Defendant, Cooper Cameron Corporation

10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

14  DUHN OIL TOOL, INC.,                | Case No. 1:05-CV-01411-OWW-LJO
15              Plaintiff,               | **STIPULATION AND ORDER RE**
                                         | **MODIFICATION OF SCHEDULE FOR**
16       vs.                             | **DAMAGES EXPERT DISCLOSURES**
17  COOPER CAMERON CORPORATION,          |
18              Defendant.               |

19

20      Plaintiff Duhn Oil Tool, Inc. and Defendant Cooper Cameron Corporation, by their

21  respective attorneys, hereby stipulate to the following modification of the schedule concerning

22  expert disclosures.

23      Damages Expert disclosure and reports                November 1, 2006

24      Rebuttal damages expert disclosure and reports       November 15, 2006

25

26      The proposed revised schedule will facilitate preparation of the case without disturbing

27  the present schedule for trial dates. In view thereof, the parties respectfully request that the

28
                                    -1-    STIPULATION AND [PROPOSED] ORDER RE
                                           MODIFICATION OF SCHEDULE FOR DAMAGES
                                           EXPERT DISCLOSURES

PDF created with pdfFactory trial version www.pdffactory.com

scheduling order as to damages expert disclosures and reports be amended to adopt the dates requested by the parties.

                                              Respectfully submitted,

                                              CHRISTIE, PARKER & HALE, LLP

DATED: September __6__, 2006      By _____/s/ Edward R. Schwartz_____
                                                    Edward R. Schwartz
                                            Attorneys for Plaintiff,
                                            Duhn Oil Tool, Inc.

                                              CONLEY ROSE, P.C.

DATED: September __6th__, 2006     By _____/s/ Charles J. Rogers_____
                                                      Charles J. Rogers
                                            Attorneys for Defendant,
                                            Cooper Cameron Corporation

IT IS SO ORDERED:

DATED: ___9/8/06___                 _____/s/ Oliver W. Wanger_____
                                            OLIVER W. WANGER
                                            United States District Court Judge

CHRISTIE, PARKER & HALE, LLP

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2006 I electronically filed the document described as STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF SCHEDULE FOR DAMAGES EXPERT DISCLOSURES with the Clerk of the Court using the ECF system which will send notification of such filing to the parties.

| | |
|---|---|
| Mark D. Miller, Esq.<br>KIMBLE, MacMICHAEL & UPTON<br>5260 North Palm, Suite 221<br>P.O. Box 9489<br>Fresno, California 93792-9489<br><br>Telephone: (559) 436-3819<br>Facsimile: (559) 435-1500<br>Email: mmiller@kmulaw.com | Charles J. Rogers, Esq.<br>CONLEY ROSE, PC<br>600 Travis Street, Suite 7100<br>Houston, Texas 77002-2912<br><br>Telephone: (713) 238-8049<br>Facsimile: (713) 238-8008<br>Email: crogers@conleyrose.com |

                                          /s/Betty L. Venuti
                                               Betty L. Venuti

BLV PAS699385.1-*-09/6/06 2:55 PM

CHRISTIE, PARKER & HALE, LLP

PDF created with pdfFactory trial version www.pdffactory.com