1  **EDWARD R. SCHWARTZ, CA Bar No. 147553**
   **CHRISTIE, PARKER & HALE, LLP**
2  **350 West Colorado Boulevard, Suite 500**
   **Post Office Box 7068**
3  **Pasadena, California 91109-7068**
   **Telephone: (626) 795-9900**
4  **Facsimile: (626) 577-8800**
   **e-mail:  ers@cph.com**
5  Attorneys for Plaintiff, Duhn Oil Tool, Inc.

6  **CHARLES J. ROGERS**
   **CONLEY ROSE, P.C.**
7  **600 Travis Street, Suite 7100**
   **Houston, Texas 77002-2912**
8  **Telephone:  (713) 238-8049**
   **Facsimile:  (713) 238-8088**
9  **e-mail crogers@conleyrose. Com**
   Attorneys for Defendant, Cooper Cameron Corporation
10

11                     UNITED STATES DISTRICT COURT

12                     EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  DUHN OIL TOOL, INC., | Case No. 1:05-CV-01411-OWW-LJO |
| 15           Plaintiff, | **STIPULATION AND ORDER RE CONTINUANCE OF MARKMAN HEARING** |
| 16    vs. | |
| 17  COOPER CAMERON CORPORATION, | |
| 18           Defendant. | |

-1-   STIPULATION AND [PROPOSED] ORDER RE
      CONTINUANCE OF MARKMAN HEARING

CHRISTIE, PARKER & HALE, LLP
PDF created with pdfFactory trial version www.pdffactory.com

1    Plaintiff Duhn Oil Tool, Inc. and Defendant Cooper Cameron Corporation, by their respective attorneys, hereby stipulate to and request continuance of the Markman hearing from October 4, 2006 to October 11, 2006 at 9:00 a.m.

The requested continuance is based on a scheduling conflict of Plaintiff's counsel, i.e., a pre-trial conference scheduled on October 4, 2006. In view thereof, the parties respectfully request that the Markman hearing be continued as requested.

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

DATED: October 3, 2006    By    /s/ Edward R. Schwartz
                                      Edward R. Schwartz
                                Attorneys for Plaintiff,
                                Duhn Oil Tool, Inc.

CONLEY ROSE, P.C.

DATED: October 3, 2006    By    /s/ Charles J. Rogers
                                      Charles J. Rogers
                                Attorneys for Defendant,
                                Cooper Cameron Corporation

IT IS SO ORDERED:

DATED:    10/4/06                /s/ Oliver W. Wanger
                                      OLIVER W. WANGER
                                United States District Court Judge

BLV PAS703815.1-*-10/3/06 1:59 PM

-2-  **STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF MARKMAN HEARING**

CHRISTIE, PARKER & HALE, LLP

PDF created with pdfFactory trial version www.pdffactory.com