UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br>Plaintiff/Counterclaim-Defendant,<br>vs.<br>COOPER CAMERON CORPORATION,<br>Defendant/Counterclaim-Plaintiff. | Case No. 1:05-cv-01411-OWW-LJO<br>**ORDER RESOLVING PLAINTIFF DUHN OIL TOOL, INC.'S OBJECTION TO AND MOTION TO STRIKE DEFENDANT'S SUPPLEMENTAL REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF PATENT INVALIDITY**<br>**Hon. Oliver W. Wanger** |

Pending before the Court is Plaintiff Duhn Oil Tool, Inc.'s Objection to and Motion to Strike Defendant's Supplemental Reply in Support of Its Motion for Summary Judgment of Patent Invalidity (Docket No. 55). Plaintiff objects to and moves to strike the Supplemental Reply brief (Docket No. 53) filed by Defendant in support of Defendant's Motion for Summary Judgment of Invalidity. Having heard the parties' arguments on the Plaintiff's Objection and Motion to Strike during the telephone Status Conference held on September 21, 2006, this Court resolves the Objection and Motion to Strike as follows:



PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff's Objection is overruled, and Plaintiff's Motion to Strike is denied, but Plaintiff is granted leave to file by September 28, 2006 a Supplemental Reply in response to the Defendant's Supplemental Reply (Docket No. 53).

IT IS SO ORDERED.

**Dated:** _October 10, 2006__

_/s/ OLIVER W. WANGER_____________
UNITED STATES DISTRICT JUDGE



PDF created with pdfFactory trial version www.pdffactory.com