**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DUHN OIL TOOL, INC.** | **1:05-CV-01411 OWW LJO** |
| **Plaintiff,** | |
| **v.** | **ORDER ON JOINT REQUEST FOR MODIFICATION OF THE SCHEDULING CONFERENCE ORDER BY RESETTING THE PRE-TRIAL CONFERENCE AND TRIAL DATES** |
| **COOPER CAMERON CORPORATION,** | |
| **Defendants.** | |

    Plaintiff Duhn Oil Tool, Inc. and Defendant Cooper Cameron Corporation have jointly requested the Court to modify the Scheduling Conference Order (Docket No. 14), and the Scheduling Order for Expert Disclosures (Docket No. 25), by resetting all of the deadlines in the Scheduling Conference Order following the initial September 18, 2006 Markman Hearing Date, and the deadlines for damages expert disclosures and reports in the Scheduling Order for Expert Disclosures.  The deadlines in the Scheduling conference Order for which the parties seek new dates are the discovery cut-off, non-dispositive motion filing deadline, dispositive motion filing deadline, settlement conference date, and the pre-trial conference and trial dates.

    The basis for this request is that these deadlines

**1**

established by the Scheduling Conference Order dated March 15, 2006 (Docket No. 14) were set in relation to the issue of a Markman (claim construction) Ruling by the Court, for which a Markman Hearing was initially set for September 18, 2006.  As the parties discussed with the Court at the Markman Hearing, which was held on October 11, 2006, the parties have jointly agreed to extend all of the deadlines listed above as we await a Markman Ruling from the Court.  The Court expressed understanding and approval of the parties' agreed extension at the Markman Hearing, and the parties have filed a Joint Motion to confirm for the record that the parties are relieved of these deadlines as they awaited the anticipated Markman Ruling from the Court.

In view of the foregoing, the parties jointly requested that the discovery, motion, pre-trial conference and trial dates be continued so as to allow the Court time to issue a Markman Ruling and for the parties to then prepare for trial according to the schedule as set by the Court.

IT IS HEREBY ORDERED that the above listed deadlines set forth in the Scheduling Conference Order dated March 15, 2006 (Docket No. 14), and the deadlines for damages expert disclosures and reports in the Scheduling Order for Expert Disclosures (Docket No. 25) are vacated.  Upon this Court's issuance of its Markman Ruling, the parties shall confer and within 14 days jointly file a proposal for new dates for these deadlines.  The Court will then issue an order setting new dates for these deadlines, including discovery, motion, pre-trial conference and

///

///

trial dates, upon agreement of the parties as to a revised case schedule.

DATED:   February 1, 2007.

/s/ Oliver W. Wanger
_____
**OLIVER W. WANGER**
**United States District Judge**