1  **EDWARD R. SCHWARTZ, CA Bar No. 147553**
   **CHRISTIE, PARKER & HALE, LLP**
2  **350 West Colorado Boulevard, Suite 500**
   **Post Office Box 7068**
3  **Pasadena, California 91109-7068**
   **Telephone: (626) 795-9900**
4  **Facsimile: (626) 577-8800**
   **e-mail:  ers@cph.com**
5
   Attorneys for Plaintiff,
6  Duhn Oil Tool, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | DUHN OIL TOOL, INC.,            | Case No. 1:05-CV-01411-OWW-LJO |
12 |          Plaintiff,              | **JOINT RESPONSE TO ORDER ON JOINT REQUEST FOR MODIFICATION OF THE SCHEDULING CONFERENCE ORDER BY RESETTING THE PRE-TRIAL CONFERENCE AND TRIAL DATES; ORDER** |
13 |      vs.                         | |
14 | COOPER CAMERON CORPORATION,     | |
15 |          Defendant.              | |
16 |                                  | **Hon.  Oliver W. Wanger** |

17

18       Pursuant to this Court's Order entered February 1, 2007 (Docket No. 72), Plaintiff Duhn
19 Oil Tool, Inc. and Defendant Cooper Cameron Corporation, by their respective attorneys,
20 hereby jointly submit the following new proposed deadlines for discovery and trial:
21       Disclosure of experts                    March 15, 2007
22       Objection to experts                     March 30, 2007
23       Initial expert reports                   May 15, 2007
24       Rebuttal expert reports                  June 15, 2007
25       Close of discovery                       July 16, 2007
26       Law and Motion filing date               August 15, 2007
27
28                               -1-    JOINT RESPONSE TO ORDER ON JOINT REPORT
                                        FOR MODIFICATION OF SCHEDULING CONFERENCE
                                        ORDER RESETTING PRE-TRIAL AND TRIAL DATES

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Pre-trial conference | October 29, 2007 at 11:00 a.m. |
| 2 | Trial | December 4, 2007 at 9:00 a.m. |

Submitted by,

CHRISTIE, PARKER & HALE, LLP

DATED: February 15, 2007     By     /s/ Edward R. Schwartz
                                                    Edward R. Schwartz
Attorneys for Plaintiff,
Duhn Oil Tool, Inc.

CONLEY ROSE, P.C.

DATED: February 15, 2007     By     /s/ Charles J. Rogers
                                                    Charles J. Rogers
Attorneys for Defendant,
Cooper Cameron Corporation

IT IS SO ORDERED.

DATED: February 23, 2007     /s/ OLIVER W. WANGER
                                                   Hon. Oliver W. Wanger
                                                   United States District Court Judge

-2-   JOINT RESPONSE TO ORDER ON JOINT REPORT FOR MODIFICATION OF SCHEDULING CONFERENCE ORDER RESETTING PRE-TRIAL AND TRIAL DATES

CHRISTIE, PARKER & HALE, LLP

PDF created with pdfFactory trial version www.pdffactory.com