1  **CHARLES J. ROGERS,** admitted *pro hac vice*
   **CONLEY ROSE, P.C.**
2  **600 Travis Street, Suite 7100**
   **Houston, Texas 77002-2912**
3  **Telephone: (713) 238-8049**
   **Facsimile: (713) 238-8008**
4  **e-mail: crogers@conleyrose.com**

5  Attorneys for Defendant
   Cooper Cameron Corporation

6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| DUHN OIL TOOL, INC., | Case No. 1:05-cv-01411-OWW-TAG |
| Plaintiff/Counterclaim-Defendant, | **NOTICE OF MOTION AND MOTION BY DEFENDANT COOPER CAMERON CORPORATION TO STRIKE PLAINTIFF DUHN OIL TOOL, INC.'S LATE DESIGNATION OF EXPERT** |
| vs. | |
| COOPER CAMERON CORPORATION, | |
| Defendant/Counterclaim-Plaintiff. | Date:  April 27, 2007
Time:  9:00 a.m.
Ctrm:  Bakersfield U.S. Bankruptcy Courtroom
Judge:  Hon. Theresa A. Goldner |

TO: DUHN OIL TOOL, INC., AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on April 27, 2007, at 9:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the above-captioned Court located at 1300 18th Street, Suite A, First Floor (U.S. Bankruptcy Courtroom), Bakersfield, California 93301, Defendant Cooper Cameron Corporation ("Cameron") will and hereby does move the Court for an Order striking Plaintiff Duhn Oil Tool, Inc. ("Duhn")'s late designation of an expert. In particular, Defendant Cameron asks this Court strike Plaintiff Duhn's late designation of the expert and exclude the expert from providing expert

-1-    **NOTICE OF MOTION AND MOTION BY DEFENDANT COOPER CAMERON CORPORATION TO STRIKE PLAINTIFF DUHN OIL TOOL, INC.'S LATE DESIGNATION OF EXPERT**

testimony in this action, because Plaintiff Duhn has designated the expert (Duhn's third expert on the same issues) over 7 months after the deadline set forth in the Court's Scheduling Order.

Pursuant to Local Rule 37-251 regarding motions dealing with discovery matters, Defendant Cameron's counsel will confer with Plaintiff Duhn's counsel to prepare the Joint Statement regarding this discovery disagreement to be filed with this Court on or before three (3) court days prior to the scheduled hearing date.

Respectfully submitted this 5th day of April, 2007.

/s/ Charles J. Rogers
Charles J. Rogers
Attorney for Defendant
Cooper Cameron Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of April, 2007, I filed the foregoing *Notice of Motion and Motion by Defendant Cooper Cameron Corporation to Strike Plaintiff Duhn Oil Tool, Inc.'s Late Designation of Expert* with the Court through this district's CM/ECF system. Pursuant to Local Rule 5-135(a), the "Notice of Electronic Filing" automatically generated by CM/ECF at the time the document is filed with the system constitutes automatic service of the document on the following counsel of record who have consented to electronic service.

| | |
|---|---|
| Edward R. Schwartz<br>Christie, Parker & Hale, LLP<br>P. O. Box 7068<br>Pasadena, California 91109-7068<br>Telephone:  (626) 795-9900<br>Facsimile:  (626) 577-8800 | ers@cph.com |
| James M. Whitelaw<br>Joseph E. Thomas<br>Jennifer S. Anderson<br>Thomas Whitelaw & Tyler LLP<br>18101 Von Karman Ave., Suite 230<br>Irvine, CA  92612<br>Telephone:  (949) 679-6400<br>Facsimile:  (949) 679-6405 | jwhitelaw@twtlaw.com<br>jthomas@twtlaw.com<br>janderson@twtlaw.com |

**Counsel for Plaintiff/Counter-Defendant
Duhn Oil Tool, Inc.**

/s/ Charles J. Rogers
Charles J. Rogers