EDWARD R. SCHWARTZ, CA Bar No. 147553
e-mail: ers@cph.com
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiff,
Duhn Oil Tool, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COOPER CAMERON CORPORATION,<br><br>　　　　　Defendant. | Case No. 1:05-CV-01411-OWW-TAG<br><br>ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO MODIFY PROTECTIVE ORDER AND DEFENDANT'S MOTION TO STRIKE<br>(Docs. 76 and 78)<br><br>DATE:　May 21, 2007<br>TIME:　11:00 a.m.<br>CTRM:　Bakersfield U.S. Bankruptcy |

　　For good cause shown,

　　IT IS HEREBY ORDERED THAT the hearing concerning Plaintiff's Motion to Modify the Protective Order and Defendant's Motion to Strike is continued from May 14, 2007 to May 21, 2007 at 11:00 a.m.

IT IS SO ORDERED.

Dated:  **May 10, 2007**　　　　　　　　　　　　　　　　　　　 /s/ Theresa A. Goldner
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE