1  **EDWARD R. SCHWARTZ, CA Bar No. 147553**
   **e-mail: ers@cph.com**
2  **CHRISTIE, PARKER & HALE, LLP**
   **350 West Colorado Boulevard, Suite 500**
3  **Post Office Box 7068**
   **Pasadena, California 91109-7068**
4  **Telephone: (626) 795-9900**
   **Facsimile: (626) 577-8800**
5
   Attorneys for Plaintiff,
6  Duhn Oil Tool, Inc.

7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11  DUHN OIL TOOL, INC.,                 Case No. 1:05-cv-01411-OWW-NEW (TAG)

12              Plaintiff,               ~~[PROPOSED]~~ **ORDER TO CONTINUE
                                         THE HEARING ON PLAINTIFF'S
13      vs.                              MOTION TO MODIFY THE
                                         PROTECTIVE ORDER AND
14  COOPER CAMERON CORPORATION,          DEFENDANT'S MOTION TO STRIKE**

15              Defendant.               **DATE:      June 4, 2007**
                                         **TIME:      11:00 a.m.**
16                                       **CTRM:      Bakersfield U.S. Bankruptcy**

17

18

19      For good cause shown,

20      IT IS HEREBY ORDERED THAT the hearing concerning Plaintiff's Motion to Modify

21  the Protective Order and Defendant's Motion to Strike is continued from May 21, 2007 to

22  June 4, 2007 at 11:00 a.m.

23

24  DATED: _May 17, 2008_

25                                       Theresa A. Goldner
                                         United States Magistrate Judge
26

27      BLV PAS737648.1-*-05/16/07 5:28 PM

28                                       **PROPOSED ORDER RE CONTINUANCE OF
                                         HEARING ON MOTION TO MODIFY THE
                                         PROTECTIVE ORDER AND MOTION TO STRIKE**