**EDWARD R. SCHWARTZ, CA Bar No. 147553**
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800
e-mail: ers@cph.com
Attorneys for Plaintiff, Duhn Oil Tool, Inc.

**CHARLES J. ROGERS,** admitted *pro hac vice*
**CONLEY ROSE, P.C.**
600 Travis Street, Suite 7100
Houston, Texas 77002-2912
Telephone:  (713) 238-8049
Facsimile:  (713) 238-8008
e-mail: crogers@conleyrose.com
Attorneys for Defendant, Cooper Cameron Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COOPER CAMERON CORPORATION,<br><br>　　　　Defendant. | Case No. 1:05-CV-01411-OWW-TAG<br><br>**ORDER TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION TO MODIFY THE PROTECTIVE ORDER AND DEFENDANT'S MOTION TO STRIKE**<br><br>DATE:　　June 18, 2007<br>TIME:　　11:00 a.m.<br>CTRM:　　Bakersfield U.S. Bankruptcy |

　　For good cause shown,

　　IT IS HEREBY ORDERED THAT the hearing concerning Defendant's Motion to Strike (Docket No. 76) and Plaintiff's Motion to Modify the Protective Order (Docket No. 78) is continued from June 4, 2007 to June 18, 2007 at 11:00 a.m.

　　SO ORDERED.


Dated: May 31, 2007　　　　　　　　　　　　　　/s/ THERESA A. GOLDNER
　　　　　　　　　　　　　　　　　　　　　　　　Theresa A. Goldner
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com