EDWARD R. SCHWARTZ, CA Bar No. 147553
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800
e-mail:  ers@cph.com
Attorneys for Plaintiff, Duhn Oil Tool, Inc.

CHARLES J. ROGERS, admitted *pro hac vice*
CONLEY ROSE, P.C.
600 Travis Street, Suite 7100
Houston, Texas 77002-2912
Telephone:  (713) 238-8049
Facsimile:  (713) 238-8008
e-mail:  crogers@conleyrose.com
Attorneys for Defendant, Cooper Cameron Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>COOPER CAMERON CORPORATION,<br><br>　　　　　　　Defendant. | Case No. 1:05-CV-01411-OWW-LJO<br><br>**AMENDED SCHEDULING CONFERENCE ORDER**<br><br>**Hon. Oliver W. Wanger** |

Pursuant to the parties' Joint Motion for Modification of the Scheduling Conference Order, this Court hereby orders that the dates set in the Scheduling Conference Order dated February 23, 2007 (Docket No. 75) are modified (extended by approximately six and one half weeks) as follows:

　　　　Initial Expert Reports　　　　　　　June 29, 2007

　　　　Rebuttal Expert Reports　　　　　　July 27, 2007

　　　　Discovery Cut-Off:　　　　　　　　August 29, 2007

[PROPOSED] ORDER ON JOINT REQUEST FOR MODIFICATION OF THE SCHEDULING CONFERENCE ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1 | Dispositive Motion Filing Deadline: | September 28, 2007
2 | Pre-Trial Conference | December 10, 2007 at 11:00 a.m.
3 | Trial | January 15, 2008 at 9:00 a.m.
4 | NO FURTHER CONTINUANCES

6 DATED:    6/14/   , 2007        /s/ Oliver W. Wanger
7                                 Hon. Oliver W. Wanger
                                  United States District Court Judge

**[PROPOSED] ORDER ON JOINT REQUEST FOR MODIFICATION OF THE SCHEDULING CONFERENCE ORDER**

PDF created with pdfFactory trial version www.pdffactory.com