1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6             FOR THE EASTERN DISTRICT OF CALIFORNIA

7

DUHN OIL TOOL, INC.,                    Case No. 05-cv-1411 OWW NEW (TAG)
8
              Plaintiff,                FINAL ORDER GRANTING
9                                       STIPULATION TO CONTINUE
     vs.                                THE HEARING ON DEFENDANT'S
10                                      MOTION TO STRIKE EXPERT
COOPER CAMERON                          WITNESS (Doc. 76) AND PLAINTIFF'S
11   CORPORATION,                       MOTION TO MODIFY THE
                                        PROTECTIVE ORDER (Doc. 78)
12            Defendant.                (Doc. 88)
                                    /
13   _____

14          On April 5, 2007, defendant in this civil action, Cooper Cameron Corporation,

15   filed a motion to strike plaintiff Duhn Oil Tool, Inc.'s "late designation of expert

16   [witness]." (Doc. 76). On April 19, 2007, Duhn Oil filed a motion to modify the August

17   11, 2006, protective order entered in this matter. (Doc. 78). This Court issued a minute

18   order setting a hearing on both motions to be held on May 14, 2007. (Entry No. 79). On

19   May 8, 2007, the parties filed their first stipulation and proposed order to continue the

20   motions hearing, explaining that the extra time would enable them to finalize their joint

21   statement. (Doc. 80). The Court granted this motion, and two additional stipulated

22   orders granting continuances due to the parties' inability to finalize their joint statements.

23   (Docs. 83, 85, 87). As of May 31, 2007, the hearing on the motions was set for June 18,

24   2007 – approximately two months after the original May 14, 2007, hearing date.

25          On June 13, 2007, the parties filed a fourth stipulation and proposed order

26   requesting a one-week continuance on the basis that they required additional time to

27   ///

28                                            1

1  finalize their joint statement. (Doc. 88). The parties' repeated requests for continuances,

2  and this Court's acquiescence and patience, have come to an end.

3        IT IS HEREBY ORDERED

4        1.        The stipulated motion to continue (Doc. 88) the June 18, 2007, hearing to

5  June 25, 2007 at 11:00 a.m., at 1300 18th Street, Suite A, Bakersfield, California, is

6  GRANTED;

7  2.        The parties are FOREWARNED that there will be no additional continuances of

8  the hearing on these motions.

9

10  IT IS SO ORDERED.

11  Dated:   **June 14, 2007**                    **/s/ Theresa A. Goldner**
                                              UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         2