1   **EDWARD R. SCHWARTZ, CA Bar No. 147553**
**CHRISTIE, PARKER & HALE, LLP**
2   **350 West Colorado Boulevard, Suite 500**
**Post Office Box 7068**
3   **Pasadena, California 91109-7068**
**Telephone: (626) 795-9900**
4   **Facsimile: (626) 577-8800**
**e-mail:  ers@cph.com**
5   Attorneys for Plaintiff, Duhn Oil Tool, Inc.
6
**CHARLES J. ROGERS**, admitted *pro hac vice*
7   **CONLEY ROSE, P.C.**
**600 Travis Street, Suite 7100**
8   **Houston, Texas 77002-2912**
**Telephone:  (713) 238-8049**
9   **Facsimile:  (713) 238-8008**
**e-mail:  crogers@conleyrose.com**
10   Attorneys for Defendant, Cooper Cameron Corporation
11

12                  UNITED STATES DISTRICT COURT

13                  EASTERN DISTRICT OF CALIFORNIA

14

15   | | |
|---|---|
| DUHN OIL TOOL, INC., | Case No. 1:05-CV-01411-OWW-NEW (TAG) |
| Plaintiff, | **STIPULATION TO RESOLVE DEFENDANT'S MOTION TO STRIKE;** |
| vs. | **ORDER THEREON (76)** |
| COOPER CAMERON CORPORATION, | |
| Defendant. | |
| | **DATE:      June 25, 2007** |
| | **TIME:      11:00 a.m.** |
| | **CTRM:     Bakersfield U.S. Bankruptcy** |
| | **Hon. Theresa A. Goldner** |

16
17
18
19
20
21
22
23
24          Plaintiff Duhn Oil Tool, Inc. and Defendant Cooper Cameron Corporation, by their

25   respective attorneys, hereby stipulate to the following agreement to resolve Defendant's Motion

26   to Strike (Docket No. 76).

27
28

1    On April 5, 2007, Defendant Cooper Cameron Corporation ("Cameron") filed a Motion

2    to Strike (Docket No. 76) Plaintiff Duhn Oil Tool, Inc. ("Duhn")'s designation of Mr. George

3    Boyadjieff ("Boyadjieff") as an expert as to issues other than damages (Pl. Duhn's

4    Supplemental Expert Designation (served March 15, 2007).   The parties submitted a Joint

5    Statement regarding the Motion to Strike on June 20, 2007 (Docket No. 94), and this Court

6    held a hearing on June 25, 2007.  At the hearing, the parties reached an agreement as set forth

7    below to resolve the Motion to Strike, and Defendant Cameron withdrew the Motion without

8    prejudice.  The parties agree as follows:

9        1)    Plaintiff Duhn hereby qualifies its designation of Mr. Boyadjieff as an expert on

10   the issue of alleged infringement to limit this issue to alleged infringement of the asserted

11   claims as set forth in Plaintiff Duhn's current response to contention interrogatories, which are

12   Claims 2, 3, 5, 13, 14, 19, 29, 31, and 86 of the '925 patent.  (Pl. Duhn's Second Supplemental

13   Response to Cameron's First Set of Interrogatories at 2, lines 8-11 (served February 8, 2007).)

14       2)    Plaintiff Duhn hereby withdraws its designation of Mr. Boyadjieff as an expert

15   on the issue of alleged validity.

16       3)    Plaintiff Duhn hereby qualifies its designation of Mr. Boyadjieff as an expert on

17   the issue of the "oil well drilling industry" to limit this issue to issues relevant to economic

18   issues.

1

2                                       Respectfully submitted,

3

4                                       CHRISTIE, PARKER & HALE, LLP

5 DATED: June 29, 2007             By _____ /s/Edward R. Schwartz _____

6                                        Edward R. Schwartz
                                       Attorneys for Plaintiff,

7                                        Duhn Oil Tool, Inc.

8                                        CONLEY ROSE, P.C.

9

10 DATED: June 29, 2007             By _____ /s/Charles J. Rogers _____

                                       Charles J. Rogers

11                                        Attorneys for Defendant,
                                       Cooper Cameron Corporation

12

13

14

15

16

17

18

19                      It is so Ordered.  Dated: JUL 0 2 2007

20                      /s/ THERESA A. GOLDNER

21                      United States Magistrate Judge

22

23

24

25

26

27

28

                             -3-         STIPULATION TO RESOLVE
                                           DEFENDANT'S MOTION TO STRIKE