1  EDWARD R. SCHWARTZ (State Bar No. 147553)
   *ers@cph.com*
2  **CHRISTIE, PARKER & HALE, LLP**
   350 West Colorado Boulevard, Suite 500
3  Post Office Box 7068
   Pasadena, California  91109-7068
4  Telephone:   (626) 795-9900
   Facsimile:   (626) 577-8800
5
   JOSEPH E. THOMAS (State Bar No. 101443)
6  *jthomas@twtlaw.com*
   JAMES M. WHITELAW (State Bar No. 171974)
7  *jwhitelaw@twtlaw.com*
   **THOMAS WHITELAW & TYLER LLP**
8  18101 Von Karman Avenue, Suite 230
   Irvine, California  92612
9  Telephone:   (949) 679-6400
   Facsimile:   (949) 679-6405
10
   Attorneys for Plaintiff/Counterclaim-
11 Defendant DUHN OIL TOOL, INC.

12                  UNITED STATES DISTRICT COURT

13        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

14

15 DUHN OIL TOOL, INC.,                  CASE NO. 1:05-CV-01411-OWW-
                                         NEW (TAG)
16              Plaintiff/Counterclaim-
17              Defendant,               Honorable Oliver W. Wanger

18      vs.                             **STIPULATION TO EXTEND
                                         DISCOVERY FOR THE LIMITED
19 COOPER CAMERON                        PURPOSE OF TAKING CERTAIN
   CORPORATION,                          DEPOSITIONS**
20
                Defendant/Counterclaim-
21              Plaintiff.

22

23 ///

24 ///

25 ///

26

27

28
   35698
PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff, DUHN OIL TOOL, INC., and Defendant COOPER CAMERON CORPORATION, by and through their respective attorneys of record, hereby stipulate and agree as follows:

## STIPULATION

A.  Pursuant to the Court's Trial Scheduling Order, dated February 23, 2007, as amended by the Court's Amended Scheduling Conference Order, dated June 14, 2007, the current discovery cut-off in the above-referenced action is August 29, 2007.

B.  Because of scheduling conflicts and the limited availability of percipient witnesses and designated experts, the parties will be unable to complete depositions by August 29, 2007.

C.  The earliest availability of each witness for deposition is as follows:

| | | |
|---|---|---|
| 1. | Rex Duhn | September 19, 2007 |
| 2. | Robert Meek | September 19, 2007 |
| 3. | Duhn Oil Tool, Inc. (Rule 30(b)(6)) | September 19, 2007 |
| 4. | Gary Devlin | October 9, 2007 |
| 5. | Cooper Cameron Corp. (Rule 30(b)(6)) | October 9, 2007 |
| 6. | Alan Ratliff | October 10, 2007 |
| 7. | George Boyadjieff | October 16, 2007 |
| 8. | Duross O'Bryan | October 17, 2007 |
| 9. | David Anderson | October 23, 2007 |

D.  To allow the parties sufficient time to depose the percipient witnesses and designated experts, the parties hereby agree and stipulate to extend the discovery cut-off, for the limited purpose of conducting the above depositions, and hereby request that the Court enter the proposed Order that follows.

35698

1

PDF created with pdfFactory trial version www.pdffactory.com

1

2          THROUGH COUNSEL OF RECORD, IT IS SO STIPULATED.

3

4    DATED: September 17, 2007          THOMAS WHITELAW & TYLER LLP

5

6                                       By:    /s/ James M. Whitelaw

7                                           JOSEPH E. THOMAS
                                           JAMES M. WHITELAW
8                                          Attorneys for Plaintiff/Counterclaim-
                                           Defendant DUHN OIL TOOL, INC.
9

10   DATED: September 17, 2007          CONLEY ROSE, P.C.

11

12                                      By:    s/Charles J. Rogers

13                                          CHARLES J. ROGERS
                                           Attorneys for Defendant/Counterclaim-
14                                         Plaintiff COOPER CAMERON
                                           CORPORATION
15

16                                   **ORDER**

17        Pursuant to the Stipulation and good cause appearing therefor, it is ordered

18   that:  The discovery cut-off in the above-referenced action is extended, for the

19   limited purpose of conducting the following depositions, from August 29, 2007 to

20   October 23, 2007:

21        1.     Rex Duhn

22        2.     Robert Meek

23        3.     Duhn Oil Tool, Inc. (Rule 30(b)(6))

24        4.     Alan Ratliff

25        5.     Cooper Cameron Corp. (Rule 30(b)(6))

26        6.     Gary Devlin

27        7.     George Boyadjieff

28        8.     Duross O'Bryan

35698                                    2
STIPULATION TO EXTEND DISCOVERY FOR THE LIMITED PURPOSE OF TAKING CERTAIN
                                    DEPOSITIONS

PDF created with pdfFactory trial version www.pdffactory.com

1      9.     David Anderson

2

3      IT IS SO ORDERED.

4  DATED: September _18, 2007       By:   /s. OLIVER W. WANGER

5                                United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

35698                             3

STIPULATION TO EXTEND DISCOVERY FOR THE LIMITED PURPOSE OF TAKING CERTAIN DEPOSITIONS