# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC., | ) NO. 1:05-cv-1411 OWW NEW (TAG) |
| Plaintiff/Counterclaim-Defendant | ) ORDER REGARDING PLAINTIFF'S MOTION FOR PERMISSION TO FILE UNDER SEAL |
| v. | ) |
| COOPER CAMERON CORPORATION, | ) |
| Defendant/Counterclaim-Plaintiff. | ) |

**MOTION**

On September 18, 2007, the Court received in chambers an original and a copy of Plaintiff's Motion for Permission to File Under Seal and documents for which Plaintiff seeks permission to file under seal in connection with a pending Motion to Down Designate Documents (Doc 105). On September 19, 2007, the Court conducted a telephonic hearing with counsel for the parties to this action regarding the Motion for Permission to File Under Seal, and finds that good cause exists to grant the Motion in part and to deny it in part, as set forth below.

**ORDER**

It is hereby ordered that:

1. The Motion for Permission to File Under Seal is GRANTED, but only as to the following:

    a. Pages 5-9 of Exhibits C to the Declaration of James M. Whitelaw in Support of Motion to Down Designate Documents;

    b. Exhibits A-E of the Declaration of George Boyadjieff; and

///

1

c. Attachment V1 of Exhibit C, Attachment D4 of Exhibit D, and Exhibit E to the pleading captioned "Joint Statement Regarding Motion By Defendant Cooper Cameron Corporation to Compel Discovery."

2. The Motion for Permission to File Under Seal is DENIED as to all remaining pleadings and documents submitted to the Court.

3. The Clerk of the Court is to RETURN to Defendant's counsel Charles J. Rogers, the paper originals of the pleading and exhibits captioned "Joint Statement Regarding Motion By Defendant Cooper Cameron Corporation to Compel Discovery".

4. The Clerk of the Court is to RETURN to Plaintiff's counsel Whitelaw, the paper originals of all remaining pleadings and documents submitted to the Court in connection with the Motion for Permission to File Under Seal.

5. The parties are to meet and confer regarding the pending Motion to Down Designate Documents (Doc. 105) in light of this Order, and decide which pleadings and documents they intend to file in accordance with this Order. Delivery of paper originals to chambers and email delivery to the Court does not constitute filing.

6. No later than October 1, 2007, each party must file their public pleadings and documents, and/or file under seal their nonpublic pleadings and documents, in accordance with this Order and Local Rule 39-141. No later than October 1, 2007, the parties must also file the pleading entitled "Joint Statement Regarding Motion to Down Designate Documents Marked 'Attorneys's Eyes Only' Under the Protective Order; Request for Sanctions."

IT IS SO ORDERED.

DATED: September 20, 2007

Theresa A. Goldner
United States Magistrate Judge