1  EDWARD R. SCHWARTZ (State Bar No. 147553)
   ers@cph.com
2  **CHRISTIE, PARKER & HALE, LLP**
   350 West Colorado Boulevard, Suite 500
3  Post Office Box 7068
   Pasadena, California 91109-7068
4  Telephone: (626) 795-9900
   Facsimile:  (626) 577-8800
5
   JOSEPH E. THOMAS (State Bar No. 101443)
6  jthomas@twtlaw.com
   JAMES M. WHITELAW (State Bar No. 171974)
7  jwhitelaw@twtlaw.com
   **THOMAS WHITELAW & TYLER LLP**
8  18101 Von Karman Avenue, Suite 230
   Irvine, California 92612
9  Telephone: (949) 679-6400
   Facsimile:  (949) 679-6405
10
   Attorneys for Plaintiff/Counterclaim-
11 Defendant DUHN OIL TOOL, INC.

12              UNITED STATES DISTRICT COURT

13        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

14

15 | DUHN OIL TOOL, INC.,                | CASE NO. 1:05-CV-01411-OWW-NEW (TAG)
16 |                                     |
   |          Plaintiff/Counterclaim-    |
17 |          Defendant,                 | Magistrate Theresa A. Goldner
18 | vs.                                 |
   |                                     | **STIPULATION TO CONTINUE HEARING ON PLAINTIFFS'**
19 | COOPER CAMERON CORPORATION,         | **MOTION TO DOWN-DESIGNATE DOCUMENTS AND** [redacted]
20 |                                     | ORDER *THEREON*
   |          Defendant/Counterclaim-    |
21 |          Plaintiff.                 | Date:  October 9, 2007
22 |                                     | Time:  9:30 a.m.
   |                                     | Place: United States District Court
23 |                                     |        Bakersfield Bankruptcy Court
   |                                     |        1300 18th Street, Suite A
24 |                                     |        Bakersfield, California

25 ///

26 ///

27 ///

28

37460

STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO DOWN-DESIGNATE DOCUMENTS

1  Pursuant to Local Rule 83-143 Plaintiff, DUHN OIL TOOL, INC., and
2  Defendant COOPER CAMERON CORPORATION ("Cameron"), by and through
3  their respective attorneys of record, hereby stipulate and agree as to the matters set
4  forth herein, and respectfully request the Court to enter an Order continuing the
5  hearing date for Plaintiff's *Motion to Down Designate Documents Marked*
6  *"Attorneys Eyes Only" Under the Protective Order; Request for Sanctions*, for good
7  cause shown.

## STIPULATION

A. On September 18, 2007 the Court issued a Minute Order to Continue Plaintiff's *Motion to Down Designate Documents Marked "Attorneys Eyes Only" Under the Protective Order; Request for Sanctions* (the "Motion") from September 20, 2007 to October 9, 2007.

B. As per the stipulation and order entered by Judge Wanger on October 20, 2007, the deposition of Gary Devlin is scheduled for October 9, 2007.

C. On September 19, 2007, during a conference call between Judge Goldner and counsel for the parties on plaintiff's motion to seal documents, Judge Goldner indicated to counsel that she was amenable to move the hearing date on plaintiff's motion to down-designate if there was a conflict.

D. Counsel for Defendant Cameron has indicated to counsel for Duhn Oil that there are no alternative deposition dates for Gary Devlin within a reasonable proximity to October 9, 2007.

E. Accordingly, counsel have agreed to continue the hearing to **October 15, 2007 at 1:30 p.m. in the United States District Court, Bakersfield Bankruptcy Court, 1300 18th Street, Suite A, Bakersfield, California** of the United States District Court, Eastern District of California, a date and time that has been cleared with the

37460

1

STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO DOWN-DESIGNATE DOCUMENTS

1 | court, and respectfully request the Court to enter an Order continuing
2 | the date.
3 | THROUGH COUNSEL OF RECORD, IT IS SO STIPULATED.
4 | DATED: September 24, 2007        THOMAS WHITELAW & TYLER LLP

By: /s/ James M. Whitelaw
JOSEPH E. THOMAS
JAMES M. WHITELAW
Attorneys for Plaintiff/Counterclaim-
Defendant DUHN OIL TOOL, INC.

DATED: September 21, 2007        CONLEY ROSE, P.C.

By: s/Charles J. Rogers
CHARLES ROGERS
Attorneys for Defendant/Counterclaim-
Plaintiff COOPER CAMERON
CORPORATION

IT IS SO ORDERED.

DATED: ~~September~~ *October* 9, 2007   By: _____
Magistrate Judge Theresa A. Goldner

37460

STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO DOWN-DESIGNATE DOCUMENTS

2