1   **EDWARD R. SCHWARTZ, CA Bar No. 147553**
    e-mail:  ers@cph.com
2   **CHRISTIE, PARKER & HALE, LLP**
    **350 West Colorado Boulevard, Suite 500**
3   **Post Office Box 7068**
    **Pasadena, California 91109-7068**
4   **Telephone: (626) 795-9900**
    **Facsimile: (626) 577-8800**
5
    Attorneys for Plaintiff,
6   Duhn Oil Tool, Inc.

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  DUHN OIL TOOL, INC.,                    Case No. 1:05-CV-01411-OWW-NEW (TAG)

12                        Plaintiff,        **ORDER GRANTING STIPULATION TO**
                                            **DESIGNATE DOCUMENTS FILED**
13          vs.                             **UNDER SEAL - SEALING DOCKET NOS.**
                                            **127 and 128**
14  COOPER CAMERON CORPORATION,

15                        Defendant.

16

17          The Court having read and considered the Stipulation of the parties to designate

18  documents to be sealed, and good cause appearing,

19          IT IS ORDERED that the Declarations of Robert K. Meek (Docket No. 127) and

20  Edward R. Schwartz (Docket No. 128) in Support of Plaintiff's Motion for Partial Summary

21  Judgment of Infringement of Claims 2, 3, 5, 13, 14, 19, 29, 31, and 86 of U.S. Patent No.

22  6,920,925 and of Validity of the Patent be sealed.

23

24  DATED:  October 12, 2007            /s/ OLIVER W. WANGER
                                         Hon. Oliver W. Wanger
25                                       U.S. District Court Judge

26

27

28

CHRISTIE, PARKER & HALE, LLP

**[PROPOSED] ORDER GRANTING STIPULATION**
**TO DESIGNATE DOCUMENTS FILED UNDER SEAL**

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATE OF SERVICE**

1

2

3          I hereby certify that on October 12, 2007 I electronically filed the document described

4    as [PROPOSED] ORDER GRANTING STIPULATION TO DESIGNATE DOCUMENTS

5    FILED UNDER SEAL with the Clerk of the Court using the ECF system which will send

6    notification of such filing to the parties.

7

8

9

10                                                        /s/Betty L. Venuti
                                                          Betty L. Venuti
11

12
     BLV PAS759861.1-*-10/12/07 10:38 AM
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP

[PROPOSED] ORDER GRANTING STIPULATION
TO DESIGNATE DOCUMENTS FILED UNDER SEAL

PDF created with pdfFactory trial version www.pdffactory.com