JOSEPH E. THOMAS (State Bar No. 101443)
jthomas@twtlaw.com
JAMES M. WHITELAW (State Bar No. 171974)
jwhitelaw@twtlaw.com
T. JEFFREY LEWELLEN (State Bar No. 243467)
tjlewellen@twtlaw.com
THOMAS WHITELAW & TYLER LLP
18101 Von Karman Avenue, Suite 230
Irvine, California 92612
Telephone: (949) 679-6400
Facsimile: (949) 679-6405

Attorneys for Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>   Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>COOPER CAMERON CORPORATION,<br><br>   Defendant/Counterclaim-Plaintiff. | CASE NO. 1:05-CV-01411-OWW-GSA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO DOWN DESIGNATE DOCUMENTS MARKED "ATTORNEYS EYES ONLY" UNDER THE PROTECTIVE ORDER**<br><br>DATE: October 15, 2007<br>TIME: 1:30 p.m.<br>PLACE: U.S. District Court<br>   Bakersfield Bankruptcy Court<br>   1300 18th Street, Suite A<br>   Bakersfield, California |

The Court having reviewed the arguments set forth in the parties' *Joint Statement Regarding Motion to Down Designate Documents Marked "Attorneys Eyes Only" Under the Protective Order; Request for Sanctions*, and having heard oral argument by counsel for the parties to this action, the court GRANTS in part and hereby orders that the following documents be down designated from "Attorney's Eyes Only" to "Confidential," pursuant to the Protective Order entered on August 11,

-1-

2006 (Docket No. 37) ("Protective Order"), as amended by the *Order on Motion for Protective Order Clarification* entered on October 26, 2006 (Docket No. 67) ("Clarification Order"):

1. **Cameron 9.5" TSW Installation Sequence Time Saving Wellhead System Manual (2006)**
    - A. labeled as CAM 18382-18404;
    - B. labeled as CAM 18405-18425; and
    - C. labeled as CAM 000081-101.

2. **Cameron Time Saving Wellhead Installation Procedure Manual (2002)**
    - A. labeled as CAM 18463-18501; and
    - B. labeled as CAM 00102-140.

3. **Cameron EnCana Oil and Gas Inc., North Piceance, TSW '9.5' Installation Procedure Manual (2006)**
    - A. labeled as CAM 18426-18462; and
    - B. labeled as CAM 00141-177.

4. **ExxonMobil, Piceance Creek, Wellhead, Tree, & Frac Mandrel 11" 5M MBS System Manual (2007)**
    - A. labeled as CAM 018323-381; and
    - B. labeled as CAM 18701-18759.

5. **TSW Installation Sequence Time Saver Wellhead System Manual (2004)**
    - A. labeled as CAM 024158-198.

The Court DENIES in part and hereby orders that the following documents remain designated as "Attorney's Eyes Only" pursuant to the Protective Order, as amended by the Clarification Order:

1. **Bill of Materials**

    A.  labeled as CAM 18315-17; and

    B.  labeled as CAM 18320-21.

Approved as to form:

Thomas Whitelaw & Tyler LLP

By:  /s/ James M. Whitelaw

Joseph E. Thomas

James M. Whitelaw

Attorneys for Plaintiff/Counterclaim-Defendant Duhn Oil Tool, Inc.

IT IS SO ORDERED.

Dated:  **October 22, 2007**              /s/ Theresa A. Goldner
                                         UNITED STATES MAGISTRATE JUDGE