UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> vs. <br><br> COOPER CAMERON CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | Case No. 1:05-cv-01411-OWW-GSA <br><br> **ORDER GRANTING STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANT COOPER CAMERON CORPORATION'S RESPONSE IN OPPOSITION TO PLAINTIFF DUHN OIL TOOL, INC.'S EX PARTE APPLICATION TO STRIKE DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT REGARDING DEFENDANT'S PATENT PENDING AND NEW STYLE DESIGNS** <br><br> Hon. Oliver W. Wanger |

Pending before the Court is the parties' stipulation to allow Defendant Cooper Cameron Corporation ("Cameron") to file documents under seal in support of Its Response in Opposition to Plaintiff Duhn Oil Tool, Inc. ("Duhn Oil")'s Ex Parte Application to Strike Defendant's Motion for Partial Summary Judgment of No Infringement Regarding Defendant's Patent Pending and New Style Designs (Docket No. 154).

-1-  ORDER GRANTING STIPULATION TO FILE DOCUMENTS UNDER SEAL

PDF created with pdfFactory trial version www.pdffactory.com

The parties jointly request that Defendant Cameron be allowed to file the following documents under seal.

    A.    Expert Report of J. Duross O'Bryan, dated June 29, 2007 (filed under seal because Report designated as "Attorneys' Eyes Only" under the Protective Order (Docket No. 37)).

    B.    Expert Report of Dr. Alan Ratliff, dated June 29, 2007 (filed under seal because Report designated as "Attorneys' Eyes Only" under the Protective Order (Docket No. 37)).

    C.    Supplemental and Rebuttal Expert Report of J. Duross O'Bryan, dated July 27, 2007 (filed under seal because Report designated as "Attorneys' Eyes Only" under the Protective Order (Docket No. 37)).

    D.    Expert Rebuttal Report of Dr. Alan Ratliff, dated July 26, 2007 (filed under seal because Report designated as "Attorneys' Eyes Only" under the Protective Order (Docket No. 37)).

Defendant will be filing these documents under seal pursuant to Section III.(L) of the Protective Order, which provides that "[a]ll information designated as Confidential Information which is filed or lodged with the court, or any pleading or memorandum purporting to reproduce or paraphrase such information, shall be filed or lodged in sealed containers . . .."

The documents are the reports of the parties' damages experts, which are documents designated as "Attorneys' Eyes Only" under the Protective Order.  These expert reports are being filed under seal as Exhibits A-D to Defendant Cameron's Response in Opposition to Plaintiff Duhn Oil's Ex Parte Application to Strike Defendant's Motion for Partial Summary Judgment of No Infringement Regarding Defendant's Patent Pending and New Style Designs (Docket No. 154).

This Court finds that the Stipulation should be and is hereby GRANTED.

Accordingly, Pursuant to Local Rule 39-141(a), and the Court's Protective Order entered August 11, 2006 (Docket No. 37) (Section III.(L) Filing Documents With The

1  Court), Defendant Cameron is authorized to file the above-referenced documents under seal
2  as Exhibits A-D to Defendant Cameron's Response in Opposition to Plaintiff Duhn Oil's
3  Ex Parte Application to Strike Defendant's Motion for Partial Summary Judgment of No
4  Infringement Regarding Defendant's Patent Pending and New Style Designs (Docket No.
5  154).

IT IS SO ORDERED.

**Dated:** October 24, 2007        /s/ OLIVER W. WANGER
                                    HON. OLIVER W. WANGER
                                    UNITED STATES DISTRICT JUDGE

-3-    **ORDER GRANTING STIPULATION TO FILE DOCUMENTS UNDER SEAL**

PDF created with pdfFactory trial version www.pdffactory.com