EDWARD R. SCHWARTZ, CA Bar No. 147553
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800
e-mail: ers@cph.com
Attorneys for Plaintiff, Duhn Oil Tool, Inc.

CHARLES J. ROGERS, admitted *pro hac vice*
CONLEY ROSE, P.C.
600 Travis Street, Suite 7100
Houston, Texas 77002-2912
Telephone: (713) 238-8049
Facsimile: (713) 238-8008
e-mail: crogers@conleyrose.com
Attorneys for Defendant, Cooper Cameron Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>COOPER CAMERON CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | Case No. 1:05-cv-01411-OWW-GSA<br><br>**AMENDED SCHEDULING ORDER**<br><br>**Hon. Oliver W. Wanger** |

Pursuant to the parties' joint request, this Court hereby orders that the dates set in the Scheduling Conference Order dated March 15, 2006 (Docket No. 14), as amended by this Court's Scheduling Orders dated February 23, 2007 (Docket No. 75) and June 14, 2007 (Docket No. 90), are further modified as follows:

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | <u>Motions for Summary Judgment (Docket Nos. 125 and 133)</u> | |
| 2 | Responses | December 6, 2007 |
| 3 | Replies | December 20, 2007 |
| 4 | Summary Judgment Hearing | January 28, 2008 at 11:00 a.m. (Courtroom 3) |
| 6 | Fact Discovery Cut-Off: | January 31, 2008 |
| 7 | Supplemental Expert Report Plaintiff as to alleged damages issues | February 28, 2008 |
| 8-9 | Supplemental Rebuttal Expert Report Defendant as to alleged damages issues | March 20, 2008 |
| 10 | Damages Expert depositions concluded | April 15, 2008 |
| 11 | Non-Dispositive Motions deadline | April 15, 2008 |
| 12 | <u>Motion for Summary Judgment (Docket No. 131)</u> | |
| 13 | To be Re-Filed/Noticed by | May 1, 2008 |
| | Response | May 15, 2008 |
| 14 | Reply | May 29, 2008 |
| 15-16 | Summary Judgment Hearing | June 9, 2008 at 10:00 a.m. (Courtroom 3) |
| 17 | Joint Pre-Trial Order | July 2, 2008 |
| 18-19 | Pre-Trial Conference | July 14, 2008 at 11:00 a.m. (Courtroom 3) |
| 20-22 | Trial | August 19, 2008 at 9:00 a.m. (Courtroom 3) |

IT IS SO ORDERED.

**Dated:** January 10, 2008          /s/ OLIVER W. WANGER
                                     OLIVER W. WANGER
                                     UNITED STATES DISTRICT JUDGE

**AMENDED SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com