UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>COOPER CAMERON CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | Case No. 1:05-cv-01411-OWW-GSA<br><br>**ORDER GRANTING STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANT COOPER CAMERON CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT REGARDING DEFENDANT'S ORIGINAL AND NEW STYLE DESIGNS**<br><br>**Hon. Oliver W. Wanger** |

Pending before the Court is the parties' stipulation to allow Defendant Cooper Cameron Corporation ("Cameron") to file documents under seal in support of Its Motion for Partial Summary Judgment of No Infringement Regarding Defendant's Original and New Style Designs (Docket No. 188).

The parties jointly request that Defendant Cameron be allowed to file the following documents under seal.

    3.    Def. Cameron's New Style Design (CAM24232-233) (designated as "Attorneys' Eyes Only" under the Protective Order (Docket No. 37)).

    4.    Def. Cameron's Old Style Design (CAM24231) (designated as "Attorneys' Eyes Only" under the Protective Order (Docket No. 37)).

-1-    **ORDER GRANTING STIPULATION TO FILE DOCUMENTS UNDER SEAL**

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
|1| 6. | Excerpts from Nov. 14, 2007 Deposition of Thomas Taylor (Senior Principal Engineer for Defendant Cameron). |
|2| | |
|3| | 6b. Confidential Portions of Taylor Deposition Transcript (designated as "Attorneys' Eyes Only" under the Protective Order (Docket No. 37)). |
|4| 7. | Time Saving Wellhead ("TSW") Factory Acceptance Test ("FAT") Procedure ("Stack-Up Test") (CAM27131-43) (designated as "Attorneys' Eyes Only" under the Protective Order (Docket No. 37)). |
|5| | |
|6| | |
|7| 8. | Time Saving Wellhead Installation Procedure_RP-762 Rev 1_April 11, 2002 (CAM000102a-140a) (designated as "Confidential" under the Protective Order (Docket No. 37)). |
|8| | |
|9| 9. | TSW 9.5 Installation Procedure_RP1116 Rev1_June 5, 2006 (CAM000141a-177a) (designated as "Confidential" under the Protective Order (Docket No. 37)). |
|10| | |
|11| 10. | Running Procedure_RP-001371 Rev 02_January 16, 2008 (CAM27238-66) (designated as "Confidential" under the Protective Order (Docket No. 37)). |
|12| | |
|13| 14. | Excerpts from Aug. 23, 2007 Deposition of George Boyadjieff (Pl. Duhn Oil's infringement expert). |
|14| | |
|15| | 14b. Confidential Portions of Boyadjieff Deposition Transcript (designated as "Attorneys' Eyes Only" under the Protective Order (Docket No. 37)). |
|16| | |

Defendant will be filing these documents under seal pursuant to Section III.(L) of the Protective Order, which provides that "[a]ll information designated as Confidential Information which is filed or lodged with the court, or any pleading or memorandum purporting to reproduce or paraphrase such information, shall be filed or lodged in sealed containers . . .."

The documents are manufacturing drawings, deposition transcript excerpts, and testing documents designated as "Attorneys' Eyes Only" under the Protective Order, and running procedures designated as "Confidential" under the Protective Order. These expert reports are being filed under seal as Exhibits 3-4, 6b, 7-10, and 14b to Defendant Cameron's Statement of Undisputed Facts in Support of Its Motion for Partial Summary

PDF created with pdfFactory trial version www.pdffactory.com

Judgment of No Infringement Regarding Defendant's Original and New Style Designs (Docket No. 188).

This Court finds that the Stipulation should be and is hereby GRANTED.

Accordingly, Pursuant to Local Rule 39-141(a), and the Court's Protective Order entered August 11, 2006 (Docket No. 37) (Section III.(L) Filing Documents With The Court), Defendant Cameron is authorized to file the above-referenced documents under seal as Exhibits 3-4, 6b, 7-10, and 14b to Defendant Cameron's Statement of Undisputed Facts in Support of Its Motion for Partial Summary Judgment of No Infringement Regarding Defendant's Original and New Style Designs (Docket No. 188).

IT IS SO ORDERED.

**Dated:** May 2, 2008         /s/ OLIVER W. WANGER
                               HON. OLIVER W. WANGER
                               UNITED STATES DISTRICT JUDGE

-3-   **ORDER GRANTING STIPULATION TO FILE DOCUMENTS UNDER SEAL**

PDF created with pdfFactory trial version www.pdffactory.com