EDWARD R. SCHWARTZ (State Bar No. 147553)
*ers@cph.com*
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone:  (626) 795-9900
Facsimile:   (626) 577-8800

JOSEPH E. THOMAS (State Bar No. 101443)
*jthomas@twtlaw.com*
JAMES M. WHITELAW (State Bar No. 171974)
*jwhitelaw@twtlaw.com*
**THOMAS WHITELAW & TYLER LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California 92612
Telephone:  (949) 679-6400
Facsimile:   (949) 679-6405

Attorneys for Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>        Plaintiff/Counterclaim-Defendant,<br><br>   vs.<br><br>COOPER CAMERON CORPORATION,<br><br>        Defendant/Counterclaim-Plaintiff. | CASE NO. 1:05-CV-01411-OWW-GSA<br><br>Honorable Oliver W. Wanger<br><br>**ORDER RE STIPULATION TO CONTINUE HEARING ON DEFENDANT CAMERON'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT AND TO SET DISCOVERY AND BRIEFING SCHEDULE**<br><br>Current Hearing Date: June 9, 2008<br>Time:   10:00 a.m.<br>Crtrm.: 3, Hon. Oliver W. Wanger<br><br>Proposed Hearing Date: July 14, 2008<br>Time:   10:00 a.m.<br>Crtrm.: 3, Hon. Oliver W. Wanger |

53017

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to the Stipulation and good cause appearing therefor, it is ordered that:

1. The Parties will meet and confer and agree upon a mutually convenient date for the deposition of a Cameron corporate representative regarding the Original design to be taken on or before May 30, 2008. In the event no such date is mutually agreeable, the Parties agree to meet and confer and file an amended stipulation to extend the dates herein.

2. The hearing for Cameron's Motion for Partial Summary Judgment of No Infringement Regarding its Original and New Style Designs (Docket No. 188), currently calendared for June 9, 2008 at 10:00 a.m., shall be continued to July 14, 2008 at 10:00 a.m., or the soonest court available date thereafter.

3. The Response due date for Cameron's Motion (Docket No. 188), currently May 15, 2008, shall be continued to June 13, 2008.

4. The Reply due date for Cameron's Motion (Docket No. 188), currently May 29, 2008, shall be continued to June 27, 2008.

5. As this Court stated in its Minute Order dated April 16, 2008 (Docket No.186) "[t]he amended scheduling order [178] will be revised based on the outcome of the Court's rulings on the summary judgment motions" that were heard on May 5, 2008. Accordingly, the Parties will meet and confer regarding proposed new dates for the Amended Scheduling Order, including a new trial schedule, after the Court has made its rulings on the summary judgment motions.

IT IS SO ORDERED.

DATED: May 15, 2008           By: /s/ OLIVER W. WANGER
                              Honorable Oliver W. Wanger

53017

2

[PROPOSED] ORDER RE STIPULATION TO CONTINUE HEARING ON DEFENDANT CAMERON'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT AND TO SET DISCOVERY AND BRIEFING SCHEDULE

PDF created with pdfFactory trial version www.pdffactory.com