EDWARD R. SCHWARTZ (State Bar No. 147553)
*ers@cph.com*
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California  91109-7068
Telephone:  (626) 795-9900
Facsimile:   (626) 577-8800

JOSEPH E. THOMAS (State Bar No. 101443)
*jthomas@twtlaw.com*
JAMES M. WHITELAW (State Bar No. 171974)
*jwhitelaw@twtlaw.com*
**THOMAS WHITELAW & TYLER LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California  92612
Telephone:  (949) 679-6400
Facsimile:   (949) 679-6405

Attorneys for Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>  Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>COOPER CAMERON CORPORATION,<br><br>  Defendant/Counterclaim-Plaintiff. | CASE NO. 1:05-CV-01411-OWW-GSA<br><br>Honorable Oliver W. Wanger<br><br>**ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF DUHN OIL TOOL, INC.'S OPPOSITION IN RESPONSE TO DEFENDANT CAMERON'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT REGARDING DEFENDANTS' ORIGINAL AND NEW STYLE DESIGNS**<br><br>Date:  July 14, 2008<br>Time:  10:00 a.m.<br>Crtrm.: 3 |

54361

Pursuant to the Stipulation, Section III.(L) of the parties' Protective Order of August 11, 2006, L.R. 39-141(a), and good cause appearing therefor, it is ordered that Plaintiff Duhn is authorized to file the below listed documents under seal with the Court to the Declaration of Carolyn N. Ko in support of Plaintiff Duhn Oil Tool, Inc.'s Opposition to Defendant Cooper Cameron Corporation ("Cameron")'s Motion for Partial Summary of No Infringement Regarding Defendant's Original and New Style Designs (Ct. Docket 189):

| | |
|---|---|
| Ex. 1a & 1b | Excerpts from October 9, 2007 Deposition of Gary Devlin |
| Ex. 3a & 3b | Excerpts from January 8, 2008 Deposition of Gary Devlin |
| Ex. 4 | Illustration of Cameron's Time Saver Wellhead System ("TSWS"), produced by Cameron as CAM024192 and marked as Exhibit 16 in the January 8, 2008 Deposition of Gary Devlin |
| Ex. 5a & 5b | Excerpts from November 13, 2007 Deposition of David Anderson |
| Ex. 6 | Installation sequence for Cameron's TSWS, produced by Cameron as CAM024158-24198 and marked as Exhibit 17 in the deposition of Mr. David Anderson, taken on November 13, 2007. |
| Ex. 7a & 7b | Excerpts from May 29, 2008 Deposition of Thomas Taylor |
| Ex. 13 | Two illustrations of Cameron's TSWS taken from pages 17 and 20 of Cameron's 9.5 TSW Installation Sequence (CAM018421a – CAM018424a) |

54361

1

[PROPOSED] ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF DUHN OIL TOOL, INC.'S OPPOSITION IN RESPONSE TO DEFENDANT CAMERON'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT REGARDING DEFENDANTS' ORIGINAL AND NEW STYLE DESIGNS

| | | |
|---|---|---|
| Ex. 14 | | Excerpts of Cameron's 9.5 TSW Installation Sequence (CAM018382a, CAM018242a, CAM018421a) |
| Ex. 16 | | Technical Drawings of Cameron's Frac Wellhead System (CAM000075-CAM000079) |
| Ex. 18 | | Illustration of Cameron's Time Saver Wellhead System ("TSWS"), produced by Cameron as CAM024192 and marked as Exhibit 16 in the deposition of Mr. Gary Devlin, taken on January 8, 2008, with Duhn's number notations for the parts. |

IT IS SO ORDERED.

DATED: June 17, 2008        By:        /s/ OLIVER W. WANGER
                                       Honorable Oliver W. Wanger

54361

2

[PROPOSED] ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF DUHN OIL TOOL, INC.'S OPPOSITION IN RESPONSE TO DEFENDANT CAMERON'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT REGARDING DEFENDANTS' ORIGINAL AND NEW STYLE DESIGNS