1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

10   DUHN OIL TOOL, INC.,                         | Case No. 1:05-cv-01411-OWW-GSA

11            Plaintiff/Counterclaim-Defendant,     | **ORDER GRANTING STIPULATION TO FILE DOCUMENTS UNDER SEAL IN**

12            vs.                                   | **SUPPORT OF DEFENDANT COOPER CAMERON CORPORATION'S REPLY**

13   COOPER CAMERON CORPORATION,           | **IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF**

14            Defendant/Counterclaim-Plaintiff.   | **NO INFRINGEMENT REGARDING DEFENDANT'S ORIGINAL AND NEW**

15                                                | **STYLE DESIGNS**

16
17                                                | **Hon. Oliver W. Wanger**

18

19            Pending before the Court is the parties' stipulation to allow Defendant Cooper

20   Cameron Corporation ("Cameron") to file documents under seal in support of Cameron's

21   Reply in Support of Its Motion for Partial Summary Judgment of No Infringement

22   Regarding Defendant's Original and New Style Designs (Docket No. 210).

23            The parties jointly request that Defendant Cameron be allowed to file the following

24   documents under seal.

25            1-C.    Frac Job Invoice Nos. 911404922-23 (Identifies Tubing Spool as 2216408-
                       02-01) (CAM38259-38264) (designated as "Attorneys' Eyes Only" under

26                    the Protective Order (Docket No. 37)).

27
28

**ORDER GRANTING STIPULATION TO FILE DOCUMENTS UNDER SEAL**

PDF created with pdfFactory trial version www.pdffactory.com

1-D.   Tubing Spool Audit Report for Tubing Spool Assembly 2216408-02-01 (CAM26958-26960) (designated as "Attorneys' Eyes Only" under the Protective Order (Docket No. 37)).

1-E.   Tubing Spool Assembly Schematic Drawing SK-039670-01 (CAM26961) (designated as "Attorneys' Eyes Only" under the Protective Order (Docket No. 37)).

1-F.   Audit Report for Tubing Spool Body 2216352-02-01 (CAM26962-26963) (designated as "Attorneys' Eyes Only" under the Protective Order (Docket No. 37)).

1-G.   Tubing Spool Body Manufacturing Drawing X-20781302 (CAM26964) (designated as "Attorneys' Eyes Only" under the Protective Order (Docket No. 37)).

1-H.   Audit Report for Lockscrews 043722-32 (CAM38265) (designated as "Attorneys' Eyes Only" under the Protective Order (Docket No. 37)).

1-I.   Lockscrew Manufacturing Drawing X-004557-08 (CAM24233) (designated as "Attorneys' Eyes Only" under the Protective Order (Docket No. 37)).

1-J.   Frac Mandrel Audit Report & Drawings for New Style design 2216158-01 (CAM26853-26864) (designated as "Attorneys' Eyes Only" under the Protective Order (Docket No. 37)).

1-K.   Revision History for New Style Frac Mandrel 2216158-01 (printed May 21, 2008) (CAM38183-38184) (designated as "Attorneys' Eyes Only" under the Protective Order (Docket No. 37)).

Defendant will be filing these documents under seal pursuant to Section III.(L) of the Protective Order, which provides that "[a]ll information designated as Confidential Information which is filed or lodged with the court, or any pleading or memorandum purporting to reproduce or paraphrase such information, shall be filed or lodged in sealed containers . . .."

The documents are invoices, audit reports, schematic and manufacturing drawings, and a product revision history document designated as "Attorneys' Eyes Only" under the Protective Order.  These documents are being filed under seal as Exhibits 1-C to 1K to

-2-

ORDER GRANTING
STIPULATION TO FILE
DOCUMENTS UNDER SEAL

PDF created with pdfFactory trial version www.pdffactory.com

1   Defendant Cameron's Reply in Support of Its Motion for Partial Summary Judgment of No

2   Infringement Regarding Defendant's Original and New Style Designs (Docket No. 210).

3          This Court finds that the Stipulation should be and is hereby GRANTED.

4          Accordingly, Pursuant to Local Rule 39-141(a), and the Court's Protective Order

5   entered August 11, 2006 (Docket No. 37) (Section III.(L) Filing Documents With The

6   Court), Defendant Cameron is authorized to file the above-referenced documents under seal

7   as Exhibits 1-C to 1K to Defendant Cameron's Reply in Support of Its Motion for Partial

8   Summary Judgment of No Infringement Regarding Defendant's Original and New Style

9   Designs (Docket No. 210).

10

11

12  IT IS SO ORDERED.

13

14  **Dated:** July 3, 2008                    /s/ OLIVER W. WANGER
                                                HON. OLIVER W. WANGER
15                                              UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        -3-        **ORDER GRANTING
                                                   STIPULATION TO FILE**
PDF created with pdfFactory trial version www.pdffactory.com                **DOCUMENTS UNDER SEAL**