1  EDWARD R. SCHWARTZ (State Bar No. 147553)
   *ers@cph.com*
2  **CHRISTIE, PARKER & HALE, LLP**
   350 West Colorado Boulevard, Suite 500
3  Post Office Box 7068
   Pasadena, California  91109-7068
4  Telephone:  (626) 795-9900
   Facsimile:   (626) 577-8800
5
   JOSEPH E. THOMAS (State Bar No. 101443)
6  *jthomas@twtlaw.com*
   JAMES M. WHITELAW (State Bar No. 171974)
7  *jwhitelaw@twtlaw.com*
   **THOMAS WHITELAW & TYLER LLP**
8  18101 Von Karman Avenue, Suite 230
   Irvine, California  92612
9  Telephone:  (949) 679-6400
   Facsimile:   (949) 679-6405
10
11 Attorneys for Plaintiff/Counterclaim-
   Defendant DUHN OIL TOOL, INC.
12
                UNITED STATES DISTRICT COURT
13
        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
14
15
   DUHN OIL TOOL, INC.,                  CASE NO. 1:05-CV-01411-OWW-
16                                       GSA
              Plaintiff/Counterclaim-
17            Defendant,                 Honorable Oliver W. Wanger

18    vs.                                **ORDER RE: STIPULATION TO
                                         FILE DOCUMENTS UNDER SEAL
19 COOPER CAMERON                        IN SUPPORT OF PLAINTIFF
   CORPORATION,                          DUHN OIL TOOL, INC.'S MOTION
20                                       TO STRIKE NEWLY
              Defendant/Counterclaim-    INTRODUCED EVIDENCE IN
21            Plaintiff.                 CAMERON'S REPLY IN SUPPORT
                                         OF CAMERON'S MOTION FOR
22                                       PARTIAL SUMMARY JUDGMENT
                                         OF NO INFRINGEMENT
23                                       REGARDING ITS ORIGINAL AND
                                         NEW STYLE DESIGNS**
24
                                         Date:   Sept 29, 2008
25                                       Time:   10:00 a.m.
                                         Crtrm.: 3
26
27
28 56635
   [PROPOSED] ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF
   PLAINTIFF DUHN OIL TOOL, INC.'S MOTION TO STRIKE NEWLY INTRODUCED EVIDENCE IN
   CAMERON'S REPLY BRIEF IN ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO
   INFRINGEMENT REGARDING ITS ORIGINAL AND NEW STYLE DESIGNS

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to the Stipulation, Section III.(L) of the parties' Protective Order of August 11, 2006, L.R. 39-141(a), and good cause appearing therefor, it is ordered that Plaintiff Duhn is authorized to file the below listed documents under seal with the Court to the Declaration of William J. Kolegraff in support of Plaintiff Duhn Oil Tool, Inc.'s Objections and Motion to Strike Defendant Cooper Cameron Corporation ("Cameron")'s Reply in Support of Its Motion for Partial Summary of No Infringement Regarding Defendant's Original and New Style Designs (Ct. Docket 210):

| | |
|---|---|
| Ex. 1B | Excerpts from August 22, 2008 Deposition of Thomas Taylor, designated as "Attorney's Eyes Only" |
| Ex. 2B | Excerpts from November 14, 2007 Deposition of Thomas Taylor, designated as "Attorney's Eyes Only" |
| Ex. 3A & 3B | Excerpts from May 29, 2008 Deposition of Thomas Taylor, designated as "Confidential" and "Attorney's Eyes Only", respectively |
| Ex. 4A & 4B | Excerpts from November 13, 2007 Deposition of Thomas Taylor, designated as "Confidential" and "Attorney's Eyes Only", respectively |

IT IS SO ORDERED.

DATED: August 29, 2008        By:   /s/ OLIVER W. WANGER
                                    Honorable Oliver W. Wanger

56635

1

PROPOSED] ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF DUHN OIL TOOL, INC.'S MOTION TO STRIKE NEWLY INTRODUCED EVIDENCE IN CAMERON'S REPLY BRIEF IN ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT REGARDING ITS ORIGINAL AND NEW STYLE DESIGNS

PDF created with pdfFactory trial version www.pdffactory.com