UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> vs. <br><br> COOPER CAMERON CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | Case No. 1:05-cv-01411-OWW-GSA <br><br> **ORDER GRANTING STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANT CAMERON'S RESPONSE IN OPPOSITION TO PLAINTIFF DUHN OIL'S MOTION TO STRIKE, AND IN FURTHER SUPPORT OF CAMERON'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT REGARDING DEFENDANT'S ORIGINAL AND NEW STYLE DESIGNS** <br><br> **Hon. Oliver W. Wanger** |

Pending before the Court is the parties' stipulation to allow Defendant Cooper Cameron Corporation ("Cameron") to file documents under seal in support of Cameron's Response in Opposition to Plaintiff Duhn Oil's Motion to Strike, and in further Support of Cameron's Motion for Partial Summary Judgment of No Infringement Regarding Defendant's Original and New Style Designs.

The parties jointly request that Defendant Cameron be allowed to file the following documents under seal.

**1-A.** **Cameron** Invoices for Brock 19-06D (CAM39182-88) (Invoice No. 911440718 Identifies Tubing Spool as 2216408-02-01 (CAM39185)) (designated as "Attorneys' Eyes Only" under the Protective Order (Docket No. 37)).

1-E. **Cameron** Invoices for Brock 19-03D (CAM39204-210) (Invoice No. 911440719 Identifies Tubing Spool as 2216408-02-01 (CAM39207))

-1-    **ORDER GRANTING STIPULATION TO FILE DOCUMENTS UNDER SEAL**

PDF created with pdfFactory trial version www.pdffactory.com

(designated as "Attorneys' Eyes Only" under the Protective Order (Docket No. 37)).

**2.** **Schlumberger Documents (SLB000001-82)** (designated as "Confidential" under the Protective Order (Docket No. 37)).

3. **Schlumberger Documents (SLB000083-162)** (designated as "Confidential" under the Protective Order (Docket No. 37)).

Defendant will be filing these documents under seal pursuant to Section III.(L) of the Protective Order, which provides that "[a]ll information designated as Confidential Information which is filed or lodged with the court, or any pleading or memorandum purporting to reproduce or paraphrase such information, shall be filed or lodged in sealed containers . . .."

The documents are designated as "Confidential" and "Attorneys' Eyes Only" under the Protective Order. These documents are being filed under seal as Exhibits 1-A, 1-E, 2, and 3 to Cameron's Response in Opposition to Plaintiff Duhn Oil's Motion to Strike, and in further Support of Cameron's Motion for Partial Summary Judgment of No Infringement Regarding Defendant's Original and New Style Designs.

This Court finds that the Stipulation should be and is hereby GRANTED.

Accordingly, Pursuant to Local Rule 39-141(a), and the Court's Protective Order entered August 11, 2006 (Docket No. 37) (Section III.(L) Filing Documents With The Court), Defendant Cameron is authorized to file the above-referenced documents under seal as Exhibits 1-A, 1-E, 2, and 3 to Cameron's Response in Opposition to Plaintiff Duhn Oil's

-2-     **ORDER GRANTING STIPULATION TO FILE DOCUMENTS UNDER SEAL**

PDF created with pdfFactory trial version www.pdffactory.com

**1**  Motion to Strike, and in further Support of Cameron's Motion for Partial Summary
**2**  Judgment of No Infringement Regarding Defendant's Original and New Style Designs.
**3**
**4**
   IT IS SO ORDERED.
**5**
**6**  **Dated:** 9/18/2008               /s/ OLIVER . WANGER
                                         HON. OLIVER W. WANGER
**7**                                    UNITED STATES DISTRICT JUDGE
**8**
**9**
**10**
**11**
**12** .
**13**
**14**
**15**
**16**
**17**
**18**
**19**
**20**
**21**
**22**
**23**
**24**
**25**
**26**
**27**
**28**
                                  -3-        **ORDER GRANTING**
                                             **STIPULATION TO FILE**
                                             **DOCUMENTS UNDER SEAL**

PDF created with pdfFactory trial version www.pdffactory.com