EDWARD R. SCHWARTZ (State Bar No. 147553)
*ers@cph.com*
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California  91109-7068
Telephone:   (626) 795-9900
Facsimile:    (626) 577-8800

JOSEPH E. THOMAS (State Bar No. 101443)
*jthomas@twtlaw.com*
JAMES M. WHITELAW (State Bar No. 171974)
*jwhitelaw@twtlaw.com*
WILLIAM J. KOLEGRAFF (State Bar No. 183861)
*bkolegraff@twtlaw.com*
**THOMAS WHITELAW & TYLER LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California  92612
Telephone:   (949) 679-6400
Facsimile:    (949) 679-6405

Attorneys for Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>     Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>COOPER CAMERON CORPORATION,<br><br>     Defendant/Counterclaim-Plaintiff. | CASE NO. 1:05-CV-01411-OWW-GSA<br><br>Honorable Oliver W. Wanger<br><br>**ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF DUHN OIL TOOL INC.'S MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR LEAVE TO AMEND ITS COMPLAINT**<br><br>Date:   December 8, 2008<br>Time:   10:00 a.m.<br>Place:  Courtroom 3<br>          United States District Court<br>          2500 Tulare Street<br>          Fresno, CA 93721 |

59132

[PROPOSED] ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF DUHN OIL TOOL INC.'S MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR LEAVE TO AMEND ITS COMPLAINT

1   Pursuant to the Parties' Stipulation of November 7, 2008, Section III.(L) of
2 the parties' Protective Order, L.R. 39-141(a), and good cause appearing therefore, it
3 is ordered that Plaintiff Duhn is authorized to file under seal with the Court, the
4 below listed documents to the *Declaration of William J. Kolegraff in Support of*
5 *Plaintiff Duhn Oil Tool, Inc.'s Motion for Preliminary Injunction and Request for*
6 *Leave to Amend its Complaint* and *Declaration of Rex Duhn in Support of Plaintiff*
7 *Duhn Oil Tool, Inc.'s Motion for Preliminary Injunction and Request for Leave to*
8 *Amend Its Complaint.*

| | |
|---|---|
| Ex. 1 | *Excerpts from October 9, 2007 Deposition of Gary Devlin, designated "Confidential"* |
| Ex. 2 | *Excerpts from October 9, 2007 Deposition of Gary Devlin, designated "Attorney's Eyes Only"* |
| Ex. 3 | *Excerpts from January 8, 2008 Deposition of Gary Devlin, designated as "Confidential"* |
| Ex. 4 | *Excerpts from January 8, 2008 Deposition of Gary Devlin, designated as "Attorney's Eyes Only"* |
| Ex. 6 | *Excerpts from November 14, 2007 Deposition of Thomas Taylor, designated Attorney's Eyes Only"* |
| Ex. 7 | *Excerpts from May 29, 2008 Deposition of Thomas Taylor, designated as "Confidential"* |
| Ex. 8 | *Excerpts from May 29, 2008 Deposition of Thomas Taylor, designated as "Attorney's Eyes Only"* |
| Ex. 10 | *Excerpts from August 22, 2008 Deposition of Thomas Taylor, designated "Attorney's Eyes Only"* |
| Ex. 12 | *Excerpts from September 24, 2008 Deposition of Justin Feltman, designated "Attorney's Eyes Only"* |

59132                                                      1
[PROPOSED] ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF
PLAINTIFF DUHN OIL TOOL INC.'S MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR
LEAVE TO AMEND ITS COMPLAINT

| | | |
|---|---|---|
| 1<br>2<br>3 | Ex. 13 | *Excerpts from Second Supplemental & Rebuttal Expert Report of Alan Ratliff dated April 14, 2008, designated "Attorney's Eyes Only"* |
| 4<br>5 | Ex. 16 | *Excerpts from Expert Report of J. Duross O'Bryan dated June 29, 2007, designated "Attorney's Eyes Only"* |
| 6<br>7<br>8<br>9<br>10 | Ex. 17 | *Illustration of Cameron's Time Saver Wellhead System ("TSWS"), produced by Cameron as CAM024192 and marked as Exhibit 16 in the January 8, 2008 deposition of Mr. Gary Devlin, with Duhn's number notations for the parts* |
| 11<br>12<br>13 | Ex. 21 | *Photos of "New Style" frac mandrels produced by Duhn as D089916 to D089919, D089921, D089922, D089924, D089935, D089939, D089959, D089960, and D089961* |
| 14<br>15 | Ex. 22 | *Photos of "Original" design frac mandrels, produced by Duhn as D089979 and D089980* |
| 16<br>17 | Ex. A | *Excerpt page from Cameron's Running Procedures, produced by Cameron as CAM038218* |
| 18<br>19 | Ex. B | *Excerpt page from Cameron's Running Procedures, produced by Cameron as CAM038213* |
| 20<br>21 | *Ex. D* | *Excerpt page from Cameron's Installation Sequence, produced by Cameron as CAM024157* |

**IT IS SO ORDERED.**

DATED:  November 7, 2008            By:   /s/ OLIVER W. WANGER_____
                                          Honorable Oliver W. Wanger