1  EDWARD R. SCHWARTZ (State Bar No. 147553)
   ers@cph.com
2  **CHRISTIE, PARKER & HALE, LLP**
   350 West Colorado Boulevard, Suite 500
3  Post Office Box 7068
   Pasadena, California  91109-7068
4  Telephone:  (626) 795-9900
   Facsimile:   (626) 577-8800
5
   JOSEPH E. THOMAS (State Bar No. 101443)
6  jthomas@twtlaw.com
   JAMES M. WHITELAW (State Bar No. 171974)
7  jwhitelaw@twtlaw.com
   WILLIAM J. KOLEGRAFF (State Bar No. 183861)
8  bkolegraff@twtlaw.com
   **THOMAS WHITELAW & TYLER LLP**
9  18101 Von Karman Avenue, Suite 230
   Irvine, California  92612
10 Telephone:  (949) 679-6400
   Facsimile:   (949) 679-6405
11
   Attorneys for Plaintiff/Counterclaim-
12 Defendant DUHN OIL TOOL, INC.

**FILED**

DEC 02 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC., | CASE NO. 1:05-CV-01411-OWW-GSA |
| Plaintiff/Counterclaim-Defendant, | Honorable Oliver W. Wanger |
| vs. | **ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF DUHN OIL TOOL INC.'S REPLY REGARDING ITS MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR LEAVE TO AMEND ITS COMPLAINT** |
| COOPER CAMERON CORPORATION, | |
| Defendant/Counterclaim-Plaintiff. | Date: December 8, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 3<br>United States District Court<br>2500 Tulare Street<br>Fresno, CA 93721 |

59846

[PROPOSED] ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF DUHN OIL TOOL INC.'S REPLY RE: ITS MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR LEAVE TO AMEND ITS COMPLAINT

Pursuant to the Parties' Stipulation of December 2, 2008, Section III.(L) of the parties' Protective Order, L.R. 39-141(a), and good cause appearing therefore, it is ordered that Plaintiff Duhn is authorized to file under seal with the Court, the below listed documents to the *Declaration of James M. Whitelaw in Support of Plaintiff Duhn Oil Tool, Inc.'s Reply Regarding Its Motion for Preliminary Injunction and Request for Leave to Amend Its Complaint (Ct Docket 240)*:

| Ex. 4 | Excerpts from Rule 26 Expert Report of Dr. Alan Ratliff dated June 29, 2007, designated as "Attorney's Eyes Only" |
|---|---|
| Ex. 5 | Excerpts from November 13, 2007 Deposition of David Anderson, designated as "Confidential" |
| Ex. 6 | Excerpts from November 13, 2007 Deposition of David Anderson, designated as "Attorney's Eyes Only" |

**IT IS SO ORDERED.**

DATED December __2__, 2008          By: _____
                                         Honorable Oliver W. Wanger

59846

[PROPOSED] ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF DUHN OIL TOOL INC.'S REPLY RE: ITS MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR LEAVE TO AMEND ITS COMPLAINT