UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>COOPER CAMERON CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | Case No. 1:05-cv-01411-OWW-GSA<br><br>**ORDER GRANTING STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANT CAMERON'S RESPONSE IN OPPOSITION TO PLAINTIFF DUHN OIL'S MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR LEAVE TO AMEND ITS COMPLAINT (DOCKET NO. 240)**<br><br>**Hon. Oliver W. Wanger** |

Pending before the Court is the parties' stipulation to allow Defendant Cooper Cameron Corporation ("Cameron") to file documents under seal in support of Cameron's Response in Opposition to Plaintiff Duhn Oil's Motion for Preliminary Injunction and Request for Leave to Amend Its Complaint (Docket No. 240).

The parties jointly request that Defendant Cameron be allowed to file the following documents under seal.

    B.    Cameron Engineering Bulletin Re Surface Frac Mandrels (dated August 21, 2008) (CAM039163-69) (designated as "Confidential" under the Protective Order (Docket No. 37)).

PDF created with pdfFactory trial version www.pdffactory.com

Defendant will be filing these documents under seal pursuant to Section III.(L) of the Protective Order, which provides that "[a]ll information designated as Confidential Information which is filed or lodged with the court, or any pleading or memorandum purporting to reproduce or paraphrase such information, shall be filed or lodged in sealed containers . . . ."

The documents are designated as "Confidential" under the Protective Order. These documents are being filed under seal as Exhibit B to Cameron's Response in Opposition to Plaintiff Duhn Oil's Motion for Preliminary Injunction and Request for Leave to Amend Its Complaint (Docket No. 240).

This Court finds that the Stipulation should be and is hereby GRANTED.

Accordingly, Pursuant to Local Rule 39-141(a), and the Court's Protective Order entered August 11, 2006 (Docket No. 37) (Section III.(L) Filing Documents With The Court), Defendant Cameron is authorized to file the above-referenced documents under seal as Exhibit B to Cameron's Response in Opposition to Plaintiff Duhn Oil's Motion for Preliminary Injunction and Request for Leave to Amend Its Complaint (Docket No. 240).

IT IS SO ORDERED.

**Dated:** December 4, 2008         /s/ OLIVER W. WANGER
                                     HON. OLIVER W. WANGER
                                     UNITED STATES DISTRICT JUDGE

-2-        **ORDER GRANTING STIPULATION TO FILE DOCUMENTS UNDER SEAL**

PDF created with pdfFactory trial version www.pdffactory.com