1  EDWARD R. SCHWARTZ (State Bar No. 147553)
   ers@cph.com
2  CHRISTIE, PARKER & HALE, LLP
   350 West Colorado Boulevard, Suite 500
3  Post Office Box 7068
   Pasadena, California 91109-7068
4  Telephone: (626) 795-9900
   Facsimile: (626) 577-8800
5
6  JOSEPH E. THOMAS (State Bar No. 101443)
   jthomas@twtlaw.com
   JAMES M. WHITELAW (State Bar No. 171974)
7  jwhitelaw@twtlaw.com
   WILLIAM J. KOLEGRAFF (State Bar No. 183861)
8  bkolegraff@twtlaw.com
   THOMAS WHITELAW & TYLER LLP
9  18101 Von Karman Avenue, Suite 230
   Irvine, California 92612
10 Telephone: (949) 679-6400
   Facsimile: (949) 679-6405
11
12 Attorneys for Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.

**FILED**
JAN 1 4 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
by _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC., <br><br>　　　　Plaintiff/Counterclaim-Defendant, <br><br>vs. <br><br>COOPER CAMERON CORPORATION, <br><br>　　　　Defendant/Counterclaim-Plaintiff. | CASE NO. 1:05-CV-01411-OWW-GSA <br><br>**ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF DUHN OIL TOOL, INC.'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT AND REQUEST FOR JURY TRIAL REGARDING ITS PROPOSED AMENDMENT** <br><br>Date: February 23, 2009 <br>Time: 10:00 a.m. <br>Crtrm.: 3 |

60844

[PROPOSED] ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF DUHN OIL TOOL INC.'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT AND REQUEST FOR JURY TRIAL REGARDING ITS PROPOSED AMENDMENT

Pursuant to the Parties' Stipulation of January __, 2009, Section III.(L) of the parties' Protective Order, L.R. 39-141(a), and good cause appearing therefor, it is ordered that Plaintiff Duhn is authorized to file under seal with the Court, the below listed documents to the *Declaration of William J. Kolegraff in Support of Plaintiff Duhn Oil Tool, Inc.'s Motion for Leave to Amend Its Complaint and Request for Jury Trial Regarding Its Proposed Amendment*

| | |
|---|---|
| Ex. 1 | Excerpts from October 9, 2007 Deposition of Gary Devlin, designated as "Confidential" |
| Ex. 2 | Excerpts from January 8, 2008 Deposition of Gary Devlin, designated as "Confidential" |
| Ex. 3 | Excerpts from May 29, 2008 Deposition of Thomas Taylor, designated as "Confidential" |
| Ex. 4 | Excerpts from November 13, 2007 Deposition of David Anderson, designated as "Confidential" |
| Ex. 5 | Cameron's Engineering Bulletin dated August 21, 2008 (bate stamped CAM039163-69), designated as "Confidential" |
| Ex. 6 | Photos of "New Style" frac mandrels produced by Duhn as D089916 to D089919, D089921, D089922, D089924, D089935, D089939, D089959, D089960, and D089961, designated as "Confidential" |

\\\\

\\\\

60844

1

[PROPOSED] ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF DUHN OIL TOOL INC.'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT AND REQUEST FOR JURY TRIAL REGARDING ITS PROPOSED AMENDMENT

| Ex. 7 | Photos of "Original" design frac mandrels, produced by Duhn as D089979 and D089980, designated as "Confidential" |

**IT IS SO ORDERED.**

DATED: January  14 , 2009        By: _____
                                         Honorable Oliver W. Wanger

60844

2

[PROPOSED] ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF DUHN OIL TOOL INC.'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT AND REQUEST FOR JURY TRIAL REGARDING ITS PROPOSED AMENDMENT