EDWARD R. SCHWARTZ (State Bar No. 147553)
*ers@cph.com*
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California  91109-7068
Telephone:   (626) 795-9900
Facsimile:    (626) 577-8800

JOSEPH E. THOMAS (State Bar No. 101443)
*jthomas@twtlaw.com*
JAMES M. WHITELAW (State Bar No. 171974)
*jwhitelaw@twtlaw.com*
**THOMAS WHITELAW & TYLER LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California  92612
Telephone:   (949) 679-6400
Facsimile:    (949) 679-6405

Attorneys for Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>      Plaintiff/Counterclaim-Defendant,<br><br>   vs.<br><br>COOPER CAMERON CORPORATION,<br><br>      Defendant/Counterclaim-Plaintiff. | CASE NO. 1:05-CV-01411-OWW-GSA<br><br>Honorable Oliver W. Wanger<br><br>**ORDER RE: PLAINTIFF DUHN OIL TOOL, INC.'S *EX PARTE* APPLICATION TO EXTEND TIME FOR FILING DUHN'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND ITS COMPLAINT**<br><br>[Plaintiff's Notice of *Ex Parte* Application, *Ex Parte* Application, and Declaration of Carolyn N. Ko, filed concurrently herewith]<br><br>Date:  February 23, 2009<br>Time:  10;00 a.m.<br>Place:  Courtroom 3<br>United States District Court<br>2500 Tulare Street<br>Fresno, CA 93721 |

61878

[PROPOSED] ORDER RE: PLAINTIFF DUHN OIL TOOL, INC.'S *EX PARTE* APP. TO EXTEND TIME FOR FILING DUHN'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND ITS COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

1  This Court having reviewed *Plaintiff Duhn Oil Tool, Inc.'s Ex Parte Application, to Extend Time for Filing Duhn's Reply Brief In Support of Duhn's Motion for Leave to Amend Its Complaint,* brought by Plaintiff Duhn Oil Tool, Inc. ("Duhn"), the memorandum of points and authorities and declaration(s) in support thereof, finds that good cause exists.

**IT IS HEREBY ORDERED THAT:**

Duhn may file its Reply brief in support of its Motion for Leave to Amend Its Complaint and Request for Jury Trial Re: Its Proposed Amendment by February 17, 2009.

DATED: February 12, 2009           By: /s/ OLIVER W. WANGER
                                        Honorable Oliver W. Wanger

61878

[PROPOSED] ORDER RE: PLAINTIFF DUHN OIL TOOL, INC.'S *EX PARTE* APP, TO EXTEND TIME FOR FILING DUHN'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND ITS COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com