1
2
3
4
5
6
7                              UNITED STATES DISTRICT COURT
8                              EASTERN DISTRICT OF CALIFORNIA
9

10  DUHN OIL TOOL, INC.,                          Case No. 1:05-cv-01411-OWW-GSA
11      Plaintiff/Counterclaim-Defendant,         **ORDER GRANTING STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANT CAMERON'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO LOST-PROFITS DAMAGES**
12      vs.
13  COOPER CAMERON CORPORATION,
14      Defendant/Counterclaim-Plaintiff.
15                                                **Hon. Oliver W. Wanger**
16

17      Pending before the Court is the parties' stipulation to allow Defendant Cooper
18  Cameron Corporation, n/k/a Cameron International Corporation, ("Cameron") to file
19  documents under seal in support of Cameron's Motion for Partial Summary Judgment of
20  No Lost Profits Damages.
21      The parties jointly request that Defendant Cameron be allowed to file the following
22  documents under seal.
23      A1.  Declaration of Ross Tobin (District Manager of Cameron's Grand Junction
24           Facility), dated July 30, 2009 (designated as "Attorneys' Eyes Only") (filed
             under seal pursuant to Protective Order (Doc. No. 37)) ("Tobin
25           Declaration").
26
27
28
                                    -1-       **ORDER GRANTING STIPULATION TO FILE DOCUMENTS UNDER SEAL**

PDF created with pdfFactory trial version www.pdffactory.com

     A11.    Excerpts from April 9, 2007, Deposition of Ross Tobin (Cameron's District Manager, Grand Junction, CO Facility) (designated as "Attorneys' Eyes Only") (filed under seal pursuant to Protective Order (Doc. No. 37)) ("Tobin Depo.").

Defendant will be filing these documents under seal pursuant to Section III.(L) of the Protective Order, which provides that "[a]ll information designated as Confidential Information which is filed or lodged with the court, or any pleading or memorandum purporting to reproduce or paraphrase such information, shall be filed or lodged in sealed containers . . . ."

The documents are designated as "Attorneys' Eyes Only" under the Protective Order. These documents are being filed under seal as Exhibits A1 and A11 to Cameron's Motion for Partial Summary Judgment of No Lost Profits Damages.

This Court finds that the Stipulation should be and is hereby GRANTED.

Accordingly, Pursuant to Local Rule 39-141(a), and the Court's Protective Order entered August 11, 2006 (Docket No. 37) (Section III.(L) Filing Documents With The Court), Defendant Cameron is authorized to file the above-referenced documents under seal as Exhibits A1 and A11 to Cameron's Motion for Partial Summary Judgment of No Lost Profits Damages.

IT IS SO ORDERED.

**Dated:** _August 5, 2009___           _/s/ OLIVER W WANGER_____
                                                         HON. OLIVER W. WANGER
                                                         UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com