CHARLES J. ROGERS, admitted *pro hac vice*
CONLEY ROSE, P.C.
600 Travis Street, Suite 7100
Houston, Texas 77002-2912
Telephone: (713) 238-8049
Facsimile: (713) 238-8008
e-mail: **crogers@conleyrose.com**

Attorneys for Defendant
Cooper Cameron Corporation

JOSEPH E. THOMAS (State Bar No. 101443)
*jthomas@twtlaw.com*
JAMES M. WHITELAW (State Bar No. 171974)
*jwhitelaw@twtlaw.com*
**THOMAS WHITELAW & TYLER LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California 92612
Telephone: (949) 679-6400
Facsimile: (949) 679-6405

Attorneys for Plaintiff/Counterclaim-
Defendant DUHN OIL TOOL, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>   Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>COOPER CAMERON CORPORATION,<br><br>   Defendant/Counterclaim-Plaintiff. | CASE NO. 1:05-CV-01411-OWW-GSA<br><br>**STIPULATION TO SUBMIT ON THE PAPERS OR IN THE ALTERNATIVE RESCHEDULE THE HEARING ON CAMERON'S MOTION FOR CLARIFICATION (DOCKET NO. 310);[PROPOSED] ORDER**<br><br>Current Hearing Date:<br>   **October 5, 2009**<br>Time:   10:00 a.m.<br>Ctrm:   3, Hon. Oliver W. Wanger |

71828

STIPULATION TO RESCHEDULE HEARING

PDF created with pdfFactory trial version www.pdffactory.com

Defendant Cameron's counsel is in a trial that will not end by October 5, 2009, so all parties stipulate that the scheduled October 5th hearing in this Court for Cameron's Motion for Clarification (Docket No. 310) be taken off calendar.  The parties further stipulate to waiving the oral hearing, and request that the court consider this matter as submitted on the papers.  In the alternative, if the Court would prefer to proceed with a hearing, all parties agree to a new hearing date of December 7, 2009.

## **STIPULATION**

IT IS HEREBY STIPULATED by the parties and through their respective undersigned attorneys that:

(1)  The October 5, 2009 hearing on for Cameron's Motion for Clarification (Docket No. 310) be vacated.

(2)  The Parties submit Cameron's Motion for Clarification on the papers, and waive any oral hearing.

(3)  In the alternative, if the Court deems it necessary, the parties agree to December 7, 2009 for the rescheduled hearing.

PDF created with pdfFactory trial version www.pdffactory.com

THROUGH COUNSEL OF RECORD, IT IS SO STIPULATED.

DATED: October 2, 2009        THOMAS WHITELAW & TYLER LLP

By:    /s/James M. Whitelaw
       JOSEPH E. THOMAS
       JAMES M. WHITELAW
       WILLIAM J. KOLEGRAFF
       Attorneys for Plaintiff/Counterclaim-
       Defendant DUHN OIL TOOL, INC.

DATED: October 2, 2009        CONLEY ROSE, P.C.

By:    /s/Charles J. Rogers
       CHARLES J. ROGERS
       Attorneys for Defendant/Counterclaim-
       Plaintiff COOPER CAMERON
       CORPORATION n/k/a CAMERON
       INTERNATIONAL CORPORATION

## **ORDER**

Having considered the Stipulation and good cause appearing, IT IS HEREBY ORDERED:

(1) The Hearing regarding Cameron's Motion for Clarification, scheduled for October 5, 2009, is RESCHEDULED to December 7, 2009 subject to the Court determining the hearing is unnecessary.

DATED: October 2, 2009

/s/ OLIVER W. WANGER
Hon. Oliver W. Wanger
United States District Court Judge

71828

2

STIPULATION TO RESCHEDULE HEARING

PDF created with pdfFactory trial version www.pdffactory.com