JOSEPH E. THOMAS (State Bar No. 101443)
*jthomas@twtlaw.com*
JAMES M. WHITELAW (State Bar No. 171974)
*jwhitelaw@twtlaw.com*
**THOMAS WHITELAW & TYLER LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California  92612
Telephone:   (949) 679-6400
Facsimile:    (949) 679-6405

THOMAS J. DALY (State Bar No. 119684)
*thomas.daly@cph.com*
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California  91109-7068
Telephone:   (626) 795-9900
Facsimile:    (626) 577-8800

Attorneys for Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC., <br><br>         Plaintiff/Counterclaim-Defendant, <br><br> vs. <br><br> COOPER CAMERON CORPORATION, <br><br>         Defendant/Counterclaim-Plaintiff. | CASE NO. 1:05-CV-01411-OWW-GSA <br><br> Honorable Oliver W. Wanger <br><br> **ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DUHN OIL TOOL, INC.'S OPPOSITION TO COOPER CAMERON CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF LOST-PROFITS DAMAGES** <br><br> Date:    October 26, 2009 <br> Time:    10:00 a.m. <br> Crtrm.: 3, Hon. Oliver W. Wanger |

72716

[PROPOSED] ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DUHN OIL TOOL INC.'S OPPOSITION TO COOPER CAMERON CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO LOST-PROFITS DAMAGES

1  Pursuant to the Parties' Stipulation of January 13, 2009, Section III.(L) of the
2  parties' Protective Order, L.R. 39-141(a), and good cause appearing therefore, it is
3  ordered that Plaintiff Duhn is authorized to file under seal with the Court, the below
4  listed documents:  (1) Duhn's Opposition to Cameron's Motion for Partial Summary
5  Judgment of No Lost-Profits Damages and (2) Exhibits to the Declaration of
6  William J. Kolegraff in Support of Duhn's Opposition to Cameron's Motion for
7  Partial Summary Judgment of No Lost-Profits Damages.

|       | Duhn Oil Tool, Inc.'s Opposition to Cooper Cameron Corporation's Motion for Partial Summary Judgment of No Lost-Profit Damages ("Confidential – Attorneys' Eyes Only"). |
|-------|---|
| Ex. B | Cameron's Mandrel-Buffing Checklists ("Confidential – Attorneys' Eyes Only"). |
| Ex. C | Excerpts of the Deposition of Ross Gentry Tobin, taken on April 9, 2009 ("Confidential – Attorneys' Eyes Only"). |
| Ex. F | Excerpts of the Deposition of Gary Devlin, Volume 2, taken on January 8, 2008 ("Confidential"). |
| Ex. H | Excerpts of the Deposition of Nolan Massey, taken on April 14, 2009 ("Attorneys' Eyes Only"). |
| Ex. I | Excerpts of the Deposition of Ross Gentry Tobin, taken on September 8, 2009 ("Confidential – Attorneys' Eyes Only"). |
| Ex. Q | Cameron's Engineering Bulletin Re Surface Frac Mandrels, dated August 21, 2008 ("Confidential"). |
| Ex. S | Photos of the "New Style" frac mandrel taken at Cameron's Grand Junction, Colorado facility on September 24, 2008 ("Confidential"). |
| Ex. U | Photos of said "Original Design" frac mandrel taken at Cameron's Longview, Texas facility on November 6, 2008 ("Confidential"). |
| Ex. W | Cameron's Mandrel-Buffing Checklists ("Confidential – Attorneys' Eyes Only"). |
| Ex. Y | Cameron's Mandrel-Buffing Checklists ("Confidential – Attorneys' Eyes Only"). |
| Ex. Z | Cameron's Frac Mandrel Return Checklists ("Confidential – Attorneys' Eyes Only"). |
| Ex. AA | Cameron's Mandrel-Buffing Checklists ("Confidential – Attorneys' Eyes Only"). |
| Ex. AB | Cameron's Frac Mandrel Installation Checklist and Cameron's Mandrel-Buffing Checklist ("Confidential – Attorneys' Eyes Only"). |
| Ex. AC | Cameron's Mandrel-Buffing Checklists and Cameron's Frac Mandrel Checklist ("Confidential – Attorneys' Eyes Only"). |
| Ex. AD | Cameron's Mandrel-Buffing Checklists ("Confidential – Attorneys' Eyes Only"). |
| Ex. AE | Cameron's Checklists ("Confidential – Attorneys' Eyes Only"). |
| Ex. AF | Cameron's Checklists ("Confidential – Attorneys' Eyes Only"). |
| Ex. AG | Cameron's Checklists ("Confidential – Attorneys' Eyes Only"). |

72716

1

**IT IS SO ORDERED.**

DATED: October 13, 2009           By:/s/ OLIVER W. WANGER
                                          Honorable Oliver W. Wanger