JOSEPH E. THOMAS (State Bar No. 101443)
*jthomas@twtlaw.com*
JAMES M. WHITELAW (State Bar No. 171974)
*jwhitelaw@twtlaw.com*
**THOMAS WHITELAW & TYLER LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California  92612
Telephone:  (949) 679-6400
Facsimile:   (949) 679-6405

THOMAS J. DALY (State Bar No. 119684)
*thomas.daly@cph.com*
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California  91109-7068
Telephone:  (626) 795-9900
Facsimile:   (626) 577-8800

Attorneys for Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>            Plaintiff/Counterclaim-Defendant,<br><br>    vs.<br><br>COOPER CAMERON CORPORATION,<br><br>            Defendant/Counterclaim-Plaintiff. | CASE NO. 1:05-CV-01411-OWW-GSA<br><br>Honorable Oliver W. Wanger<br><br>**ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DUHN OIL TOOL, INC.'S OPPOSITION TO COOPER CAMERON CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF LOST-PROFITS DAMAGES**<br><br>Date:    October 26, 2009<br>Time:   10:00 a.m.<br>Crtrm.: 3, Hon. Oliver W. Wanger |

73492

[PROPOSED] ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DUHN OIL TOOL INC.'S OPPOSITION TO COOPER CAMERON CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO LOST-PROFITS DAMAGES

1.  Pursuant to the Parties' Stipulation of January 13, 2009, Section III.(L) of the parties' Protective Order, L.R. 39-141(a), and good cause appearing therefore, it is ordered that Plaintiff Duhn is authorized to file under seal with the Court, the below listed documents:  (1) Supplemental Declaration of William J. Kolegraff in Support of Plaintiff Duhn Oil Tool, Inc.'s Opposition to Cooper Cameron Corporation's Motion for Partial Summary Judgment of No Lost-Profits Damages and (2) Exhibits to the Supplemental Declaration of William J. Kolegraff in Support of Duhn's Opposition to Cameron's Motion for Partial Summary Judgment of No Lost-Profits Damages.

|       |                                                                                                                                                                                                                       |
| ----- | --------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|       | Supplemental Declaration of William J. Kolegraff in Support of Plaintiff Duhn Oil Tool, Inc.'s Opposition to Cooper Cameron Corporation's Motion for Partial Summary Judgment of No Lost-Profits Damages ("Confidential – Attorneys' Eyes Only"). |
| Ex. A | Excel spreadsheet summarizing information from Cameron's Checklists ("Confidential – Attorneys' Eyes Only").                                                                                                           |
| Ex. B | Cameron's Frac Mandrel Return and Installation Checklists, bates-labeled CAM052896; CAM052877; and CAM052998 ("Confidential – Attorneys' Eyes Only").                                                                  |
| Ex. C | Cameron's Frac mandrel Return and Mandrel-Buffing Checklists, bates-labeled CAM052973; CAM052973a; and, CAM053057 ("Confidential – Attorneys' Eyes Only").                                                             |
| Ex. D | Cameron's Mandrel-Buffing and Frac Mandrel Return Checklists, bates-labeled CAM040826; CAM052940; and, CAM052918 ("Confidential – Attorneys' Eyes Only").                                                              |
| Ex. E | Cameron's Mandrel-Buffing, Frac Mandrel Installation and Return checklists, bates-labeled CAM040839; CAM040902; CAM052917; and, CAM052972("Confidential – Attorneys' Eyes Only").                                      |
| Ex. F | Cameron's Frac Mandrel Installation, Mandrel-Buffing and Return Checklists, bates-labeled CAM040887; CAM040834; CAM040880; and, CAM052943 ("Confidential – Attorneys' Eyes Only").                                     |
| Ex. G | Cameron's Frac Mandrel Installation, Mandrel-Buffing and Return Checklists, bates-labeled CAM040887; CAM040834; CAM040880; and, CAM052943 ("Confidential – Attorneys' Eyes Only").                                     |
| Ex. H | Cameron's Frac Mandrel Installation, Mandrel-Buffing and Return Checklists, bates-labeled CAM040899; CAM052809; CAM052934; and CAM052919 ("Confidential – Attorneys' Eyes Only").                                      |

73492

1

[PROPOSED] ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DUHN OIL TOOL INC.'S OPPOSITION TO COOPER CAMERON CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO LOST-PROFITS DAMAGES

| | |
|---|---|
| Ex. I | Cameron's Frac Mandrel Installation, Return and Mandrel-Buffing Checklists, bates-labeled CAM040939; CAM052996; CAM053052; and, CAM053071 ("Confidential – Attorneys' Eyes Only"). |
| Ex. J | Cameron's Mandrel-Buffing, Frac Mandrel Installation and Return Checklists, bates-labeled CAM040825; CAM040883; and, CAM052887 ("Confidential – Attorneys' Eyes Only"). |
| Ex. K | Cameron's Frac Mandrel Installation, Mandrel-Buffing and Return Checklists, bates-labeled CAM040071; CAM040873; and, CAM052892 ("Confidential – Attorneys' Eyes Only"). |

**IT IS SO ORDERED.**

DATED: October  29, 2009          By: /s/ OLIVER W. WANGER
                                             Honorable Oliver W. Wanger

73492

2

[PROPOSED] ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DUHN OIL TOOL INC.'S OPPOSITION TO COOPER CAMERON CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO LOST-PROFITS DAMAGES