JOSEPH E. THOMAS (State Bar No. 101443)
*jthomas@twtlaw.com*
JAMES M. WHITELAW (State Bar No. 171974)
*jwhitelaw@twtlaw.com*
**THOMAS WHITELAW & TYLER LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California  92612
Telephone:  (949) 679-6400
Facsimile:   (949) 679-6405

THOMAS J. DALY (State Bar No. 119684)
*thomas.daly@cph.com*
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California  91109-7068
Telephone:  (626) 795-9900
Facsimile:   (626) 577-8800

Attorneys for Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>　　　　Plaintiff/Counterclaim-Defendant,<br><br>　　vs.<br><br>COOPER CAMERON CORPORATION,<br><br>　　　　Defendant/Counterclaim-Plaintiff. | CASE NO. 1:05-CV-01411-OWW-GSA<br><br>Honorable Oliver W. Wanger<br><br>**ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF DUHN OIL TOOL, INC.'S MOTION FOR LEAVE TO FILE ITS SECOND AMENDED COMPLAINT**<br><br>Date:　January 13, 2010<br>Time:　12:15 p.m.<br>Crtrm.: 3 |

76071

[PROPOSED] ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF DUHN OIL TOOL INC.'S MOTION FOR LEAVE TO FILE ITS SECOND AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to the Parties' Stipulation of December 16, 2009, Section III.(L) of the parties' Protective Order, L.R. 39-141(a), and good cause appearing therefore, it is ordered that Plaintiff Duhn is authorized to file under seal with the Court, the below listed documents to the *Declaration of William J. Kolegraff in Support of Plaintiff Duhn Oil Tool, Inc.'s Motion for Leave to File Its Second Amended Complaint.*

| | |
|---|---|
| Ex. 15 | Excerpts from August 22, 2008 Deposition of Thomas Taylor, designated as "Confidential" |
| Ex. 16 | Excerpts from March 31, 2009 Deposition of Thomas Taylor, designated as "Confidential" |
| Ex. 17 | Excerpts from November 13, 2007 Deposition of David Anderson, designated as "Confidential" |
| Ex. 18 | Excerpts from January 8, 2008 Deposition of Gary Devlin, designated as "Confidential" |
| Ex. 19 | Excerpts from April 14, 2009 Deposition of Nolan Massey, designated as "Attorney's Eyes Only" |

**IT IS SO ORDERED.**

DATED: December 18, 2009          By: /s/ OLIVER W. WANGER
                                              Honorable Oliver W. Wanger

76071

ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF DUHN OIL TOOL INC.'S MOTION FOR LEAVE TO FILE ITS SECOND AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com