JOSEPH E. THOMAS (State Bar No. 101443)
*jthomas@twtlaw.com*
JAMES M. WHITELAW (State Bar No. 171974)
*jwhitelaw@twtlaw.com*
**THOMAS WHITELAW & TYLER LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California  92612
Telephone:   (949) 679-6400
Facsimile:    (949) 679-6405

THOMAS J. DALY (State Bar No. 119684)
*thomas.daly@cph.com*
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California  91109-7068
Telephone:   (626) 795-9900
Facsimile:    (626) 577-8800

Attorneys for Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>  Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>COOPER CAMERON CORPORATION,<br><br>  Defendant/Counterclaim-Plaintiff. | CASE NO. 1:05-CV-01411-OWW-GSA<br><br>Honorable Oliver W. Wanger<br><br>**ORDER RE: STIPULATION TO LODGE  EXHIBITS DESIGNATED AS ATTORNEYS' EYES ONLY TO JANUARY 11, 2010 DEPOSITION OF MANISH VYAS UNDER SEAL, PURSUANT TO THE JANUARY 13, 2010 STATUS CONFERENCE** |

78126

[PROPOSED] ORDER RE: STIPULATION TO LODGE EXHIBITS DESIGNATED AS ATTORNEYS' EYES ONLY TO JANUARY 11, 2010 DEPOSITION OF MANISH VYAS UNDER SEAL PURSUANT TO THE JANUARY 13, 2010 STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to the parties' Stipulation dated January 19, 2010, Section III.(L) of the parties' Protective Order of August 11, 2006, L.R. 39-141(a), and good cause appearing therefore, it is ordered that Plaintiff Duhn is authorized to lodge the below listed exhibits to the January 11, 2010 Deposition of Manish Vyas under seal pursuant to the January 13, 2010 status conference:

| **Exhibit** | **Description of Document** |
| --- | --- |
| 6 | Time Saver Wellhead System FY001787-97 |
| 7 | Email string, FY001767-78 |
| 8 | Email string with diagrams, FY001798-1809 |
| 9 | 8-23-06 Email from Manish Vyas to David Anderson, CAM053387 |
| 10 | 2-13-06 Email from Manish Vyas to bobwhp@aol.com, Gary Devlin, and Peter Bielinski, CAM053361-82 |
| 11 | 4-7-06 Email to David Anderson, CAM053383-85 |
| 12 | 8-10-06 Email to Lee Eubanks, CAM053386 |

78126

1

[PROPOSED] ORDER RE: STIPULATION TO LODGE EXHIBITS DESIGNATED AS ATTORNEYS' EYES ONLY TO JANUARY 11, 2010 DEPOSITION OF MANISH VYAS UNDER SEAL PURSUANT TO THE JANUARY 13, 2010 STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| | 13 | Legal Analysis and Opinion Re: Possibility of Infringement of Claims 1-36 and 86-88 of U.S. Patent No. 6,920,925 by Cameron's Time Saver Wellhead System, CAM044245-324. |
| | 14 | Fletcher Yoder Billing Records, CAM044972 |
| | 15 | 7-20-07 Email from Tom Taylor to Kirk Guidry, et al., CAM053400 |
| | 16 | 7-25-07 Email from Manish Vyas to Gary Devlin and Gary Halverson, CAM053393-99 |
| | 17 | 10-19-07 Email to Art Lowe from Manish Vya**s,** CAM053403 |
| | 18 | 11-20-07 Email to Manish Vyas from Alexandro Salinas, CAM053407-09 |
| | 19 | 1-11-08 Email from Rick Altman to Paul Tensen, CAM053404-06 |
| | 20 | 5-8-08 Email to Halverson, Nelson, Stevens, Hayley, CAM053412-16 |
| | 21 | Email string, CAM053404a-05a |

78126

2

[PROPOSED] ORDER RE: STIPULATION TO LODGE EXHIBITS DESIGNATED AS ATTORNEYS' EYES ONLY TO JANUARY 11, 2010 DEPOSITION OF MANISH VYAS UNDER SEAL PURSUANT TO THE JANUARY 13, 2010 STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | 22 | 6-4-08 Emails, CAM053420 |
| 3 | 23 | 2-10-09 Email to Halverson Nelson, Stevens, Bonin, Hayley, CAM053463-67 |
| 6 | 24 | 8-5-08 Email to Russell Stevens, CAM053424 |
| 8 | 25 | Email string, CAM053468-69 |
| 10 | 26 | 2-18-09 Email from Doug Brodhead, CAM053470-72 |

IT IS SO ORDERED.

DATED: January 20, 2010            By:   /s/ OLIVER W. WANGER
                                         Honorable Oliver W. Wanger

PDF created with pdfFactory trial version www.pdffactory.com