JOSEPH E. THOMAS (State Bar No. 101443)
*jthomas@twtlaw.com*
JAMES M. WHITELAW (State Bar No. 171974)
*jwhitelaw@twtlaw.com*
**THOMAS WHITELAW & TYLER LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California  92612
Telephone:  (949) 679-6400
Facsimile:   (949) 679-6405

THOMAS J. DALY (State Bar No. 119684)
*thomas.daly@cph.com*
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California  91109-7068
Telephone:  (626) 795-9900
Facsimile:   (626) 577-8800

Attorneys for Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>  Plaintiff/Counterclaim-Defendant,<br><br>  vs.<br><br>COOPER CAMERON CORPORATION,<br><br>  Defendant/Counterclaim-Plaintiff. | CASE NO. 1:05-CV-01411-OWW-GSA<br><br>Honorable Oliver W. Wanger<br><br>**ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF DUHN OIL TOOL, INC.'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT CLAIMS OF CONTRIBUTORY AND INDUCEMENT INFRINGEMENT**<br><br>Date:   May 17, 2010<br>Time:   10:00 a.m.<br>Crtrm.: 3 |

84703

[PROPOSED] ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF DUHN OIL TOOL, INC.'S OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT CLAIMS OF CONTRIBUTORY AND INDUCEMENT INFRINGEMENT

1   Pursuant to the Parties' Stipulation of May 3, 2010, Section III.(L) of the
2   parties' Protective Order, L.R. 39-141(a), and good cause appearing therefore, it is
3   ordered that Plaintiff Duhn is authorized to file under seal with the Court, the below
4   listed documents to the *Declaration of James M. Whitelaw in support of Duhn's*
5   *Opposition to Motion to Dismiss Second Amended Complaint Claims of*
6   *Contributory and Inducement Infringement:*

| | |
|---|---|
| Ex. B | Excerpts from April 14, 2009 Deposition of Nolan Massey, designated as "Attorneys' Eyes Only" |
| Ex. E | True and correct copies of return receipts from letter (Ex. D) sent by Cameron to customers, frac installers and fracing companies, advising them to no longer install the Cameron frac in an infringing configuration, designated as "Attorneys' Eyes Only" |

IT IS SO ORDERED.

Dated:  **May 4, 2010**          **/s/ Oliver W. Wanger**
                                 UNITED STATES DISTRICT JUDGE

84703

ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF DUHN OIL TOOL, INC.'S OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT CLAIMS OF CONTRIBUTORY AND INDUCEMENT INFRINGEMENT