CHARLES J. ROGERS, admitted *pro hac vice*
CONLEY ROSE, P.C.
600 Travis Street, Suite 7100
Houston, Texas 77002-2912
Telephone:  (713) 238-8049
Facsimile:  (713) 238-8008
e-mail:  CRogers@conleyrose.com
Attorneys for Defendant Cooper Cameron Corporation
n/k/a Cameron International Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>     Plaintiff/Counterclaim-Defendant,<br><br>     vs.<br><br>COOPER CAMERON CORPORATION,<br>n/k/a CAMERON INTERNATIONAL<br>CORPORATION,<br><br>     Defendant/Counterclaim-Plaintiff. | Case No. 1:05-cv-01411-OWW-GSA<br><br>**ORDER GRANTING DEFENDANT CAMERON'S MOTION TO DISMISS PLAINTIFF DUHN OIL'S SECOND AMENDED COMPLAINT CLAIMS OF CONTRIBUTORY AND INDUCEMENT INFRINGEMENT**<br><br>**Hon. Oliver W. Wanger** |

Pending before this Court is Defendant Cooper Cameron Corporation, n/k/a Cameron International Corporation, ("Cameron")'s Motion to dismiss the contributory and inducement infringement claims in Plaintiff Duhn Oil Tool, Inc. ("Duhn Oil")'s Second Amended Complaint.  As set forth in this Court's Memorandum Decision entered June 9, 2010 (Docket No. 425), Cameron's Motion to Dismiss (Docket No. 414) is GRANTED WITH LEAVE TO AMEND.  Duhn Oil shall allege the specific conduct by Cameron which invites third parties to directly infringe and shall identify any such third party infringers of the '925 patent and how that infringement is or was accomplished.  Duhn Oil shall allege how Cameron's actions or conduct contributed to or induced direct infringement of the '925 Patent by third parties presently or in the past.  Duhn Oil shall file a Third Amended Complaint within 15 days after the filing date by the Court of the Order.  Cameron's Response shall be filed within 15 days thereafter.

PDF created with pdfFactory trial version www.pdffactory.com

1 | IT IS SO ORDERED.

2 | **Dated:** June 18, 2010        /s/ OLIVER W. WANGER
3 |                                  UNITED STATES DISTRICT JUDGE

-2-   **ORDER GRANTING CAMERON'S MOTION TO DISMISS**

PDF created with pdfFactory trial version www.pdffactory.com