JOSEPH E. THOMAS (State Bar No. 101443)
jthomas@twtlaw.com
JAMES M. WHITELAW (State Bar No. 171974)
jwhitelaw@twtlaw.com
**THOMAS WHITELAW & TYLER LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California  92612
Telephone:  (949) 679-6400
Facsimile:   (949) 679-6405

THOMAS J. DALY (State Bar No. 119684)
thomas.daly@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California  91109-7068
Telephone:  (626) 795-9900
Facsimile:   (626) 577-8800

Attorneys for Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>         Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>COOPER CAMERON CORPORATION,<br><br>         Defendant/Counterclaim-Plaintiff. | CASE NO. 1:05-CV-01411-OWW-GSA<br><br>Honorable Oliver W. Wanger<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF DECLARATION OF JAMES M. WHITELAW IN SUPPORT OF PLAINTIFF DUHN OIL TOOL, INC.'S MOTION FOR SANCTIONS FOR VIOLATION OF SCHEDULING ORDER** |

91314

ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF DECLARATION OF JAMES M. WHITELAW IN SUPPORT OF PLAINTIFF DUHN OIL TOOL, INC.'S MOTION FOR SANCTIONS FOR VIOLATION OF SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.'S ("Duhn") Request to Seal Documents in Support of Declaration of James M. Whitelaw in Support of Plaintiff Duhn Oil Tool, Inc.'s Motion for Sanctions for Violation of Scheduling Order, it is ordered that Plaintiff Duhn is authorized to file under seal with the Court, the below listed document: Exhibit L to the Declaration of James M. Whitelaw in support of Duhn's Motion for Sanctions for Violation of Scheduling Order:

| | |
|---|---|
| Ex. L | September 9, 2009 Agreement between John Rogers and Manish Vyas |

**IT IS SO ORDERED.**

DATED: August 20, 2010          By:   /s/ OLIVER W. WANGER
                                      UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com