IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>  Plaintiff,<br><br>  vs.<br><br>COOPER CAMERON CORPORATION,<br><br>  Defendant. | No. CV-F-05-1411 OWW/GSA<br><br>MEMORANDUM DECISION AND ORDER DENYING COOPER CAMERON'S MOTION TO DISMISS FOR LACK OF JURISDICTION (Doc. 448) AND VACATING ORAL ARGUMENT SET FOR NOVEMBER 15, 2010 |

   As ruled at the September 14, 2010 status conference, Defendant Cooper Cameron's motion to dismiss for lack of jurisdiction filed on September 12, 2010, (Doc. 448), is DENIED as untimely and because it raises factual issues properly resolved at trial.  Oral argument set for November 15, 2010 is VACATED.

   IT IS SO ORDERED.

Dated:   September 15, 2010              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

1