JOSEPH E. THOMAS (State Bar No. 101443)
*jthomas@twtlaw.com*
JAMES M. WHITELAW (State Bar No. 171974)
*jwhitelaw@twtlaw.com*
**THOMAS WHITELAW & TYLER LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California  92612
Telephone:   (949) 679-6400
Facsimile:    (949) 679-6405

THOMAS J. DALY (State Bar No. 119684)
*thomas.daly@cph.com*
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California  91109-7068
Telephone:   (626) 795-9900
Facsimile:    (626) 577-8800

Attorneys for Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>COOPER CAMERON CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | CASE NO. 1:05-CV-01411-OWW-GSA<br><br>Honorable Oliver W. Wanger<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF PLAINTIFF DUHN OIL TOOL, INC.'S OPPOSITION TO DEFENDANT CAMERON'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO LOST-PROFIT DAMAGES AND DOCUMENTS IN SUPPORT OF PLAINTIFF DUHN OIL TOOL, INC.'S REPLY TO MOTION FOR SANCTIONS FOR VIOLATION OF SCHEDULING ORDER** |

92556

1   Pursuant to Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.'S
2   ("Duhn") Request to Seal Documents in Support of Plaintiff Duhn Oil Tool, Inc.'s
3   Opposition to Defendant Cameron's Supplemental Memorandum in Support of its
4   Motion for Partial Summary Judgment of No Lost-Profit Damages and Documents
5   in Support of Plaintiff Duhn Oil Tool, Inc.'s Reply to Motion for Sanctions for
6   Violation of Scheduling Order, it is ordered that Plaintiff Duhn is authorized to file
7   under seal with the Court:

8   Plaintiff Duhn Oil Tool, Inc.'s Opposition to Defendant Cameron's
9   Supplemental Memorandum in Support of its Motion for Partial Summary Judgment
10  of No Lost Profit Damages, Plaintiff Duhn Oil Tool, Inc.'s Responses to Defendant
11  Cameron's Supplemental Statement of Undisputed Facts in Support of its Motion for
12  Partial Summary Judgment of No Lost Profits Damages, Declaration of James
13  Whitelaw in Support of Plaintiff Duhn Oil Tool, Inc.'s Opposition to Defendant
14  Cameron's Supplemental Memorandum in Support of its Motion for Partial
15  Summary Judgment of No Lost-Profit Damages, Declaration of Duross O'Bryan in
16  Support of Plaintiff Duhn Oil Tool, Inc.'s Opposition to Defendant Cameron's
17  Supplemental Memorandum in Support of its Motion for Partial Summary Judgment
18  of No Lost-Profit Damages, Declaration of Jennifer Duncan in Support of Plaintiff
19  Duhn Oil Tool, Inc.'s Opposition to Defendant Cameron's Supplemental
20  Memorandum in Support of its Motion for Partial Summary Judgment of No Lost-
21  Profit Damages, Plaintiff Duhn Oil Tool, Inc.'s Reply to Motion for Sanctions for
22  Violation of Scheduling Order, Declaration of James Whitelaw in Support of
23  Plaintiff Duhn Oil Tool, Inc.'s Reply to Motion for Sanctions for Violation of
24  Scheduling Order .
25  ///
26  ///
27
28  92556                                         1
ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF PLAINTIFF DUHN
OIL TOOL, INC.'S OPPOSITION TO DEFENDANT CAMERON'S SUPPLEMENTAL MEMORANDUM IN
SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO LOST-PROFIT DAMAGES AND
DOCUMENTS IN SUPPORT OF PLAINTIFF DUHN OIL TOOL, INC.'S REPLY TO MOTION FOR SANCTIONS
FOR VIOLATION OF SCHEDULING ORDER

1
2
3
4  IT IS SO ORDERED.
5
6     Dated:   **September 15, 2010**                    **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  92556                              2
ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF PLAINTIFF DUHN
OIL TOOL, INC.'S OPPOSITION TO DEFENDANT CAMERON'S SUPPLEMENTAL MEMORANDUM IN
SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO LOST-PROFIT DAMAGES AND
DOCUMENTS IN SUPPORT OF PLAINTIFF DUHN OIL TOOL, INC.'S REPLY TO MOTION FOR SANCTIONS
FOR VIOLATION OF SCHEDULING ORDER