UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC., <br><br>  Plaintiff/Counterclaim-Defendant, <br><br> vs. <br><br> COOPER CAMERON CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | CASE NO. 1:05-CV-01411-OWW-GSA <br><br> Honorable Oliver W. Wanger <br><br> **ORDER ON PLAINTIFF DUHN OIL TOOL, INC.'S MOTION FOR SANCTIONS FOR VIOLATION OF SCHEDULING ORDER** |

The Court, having considered Duhn Oil Tool, Inc.'s Motion for Sanctions for Violation of Scheduling Order, and the arguments of counsel at the Pretrial Conference on September 14, 2010, rules as follows:

1.  The Court hereby grants Duhn's Motion for Sanctions regarding the Bradley report and strikes all of the opinions set forth in paragraph IV of the report, including any and all discussions of facts and circumstances supporting such opinions. Cameron's expert, however, shall be permitted to discuss the practices and procedures in connection with the patent process, including petitions to make special, payment of maintenance fees as a large entity or small entity, and the naming of inventors during the application process. The expert is also permitted to

93536

PDF created with pdfFactory trial version www.pdffactory.com

1  discuss any recognized standards of practice and/or duties of care, including the
2  duty of candor, and whether such practices were followed and/or whether the
3  standards of care were met in this case.
4      2.    Cameron shall issue a revised report in accordance with this order by
5  October 20, 2010.  Duhn shall be permitted to designate a rebuttal expert witness by
6  November 1, 2010, and issue a rebuttal report on or before November 15, 2010.
7      It is so ORDERED.
8
9  DATED:    October 5, 2010    /s/ OLIVER W. WANGER
    UNITED STATES DISTRICT JUDGE

93536

2

ORDER ON PLAINTIFF DUHN OIL TOOL, INC.'S MOTION FOR SANCTIONS FOR VIOLATION OF SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com