1  JOSEPH E. THOMAS (State Bar No. 101443)
*jthomas@twtlaw.com*
2  JAMES M. WHITELAW (State Bar No. 171974)
*jwhitelaw@twtlaw.com*
3  **THOMAS WHITELAW & TYLER LLP**
18101 Von Karman Avenue, Suite 230
4  Irvine, California  92612
Telephone:   (949) 679-6400
5  Facsimile:   (949) 679-6405

6  THOMAS J. DALY (State Bar No. 119684)
*thomas.daly@cph.com*
7  **CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
8  Post Office Box 7068
Pasadena, California  91109-7068
9  Telephone:   (626) 795-9900
Facsimile:   (626) 577-8800

10

11  Attorneys for Plaintiff/Counterclaim-
Defendant DUHN OIL TOOL, INC.

12

13                  UNITED STATES DISTRICT COURT

14      EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

15

16  DUHN OIL TOOL, INC.,                  CASE NO. 1:05-CV-01411-OWW-
                                           GSA
17           Plaintiff/Counterclaim-
               Defendant,                 Honorable Oliver W. Wanger
18
        vs.                              **ORDER GRANTING PLAINTIFF'S
19                                        REQUEST TO SEAL
    COOPER CAMERON                        DECLARATION OF JAMES M.
20  CORPORATION,                          WHITELAW RE CAMERON'S
                                          MOTION FOR PARTIAL
21           Defendant/Counterclaim-      SUMMARY JUDGMENT OF NO
               Plaintiff.                 LOST PROFITS DAMAGES**

22

23

24

25

26

27

28

94860

ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DECLARATION OF JAMES M. WHITELAW RE
CAMERON'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO LOST PROFITS DAMAGES

1       Pursuant to Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.'S

2 ("Duhn") Request to Seal Declaration of James M. Whitelaw re Cameron's Motion

3 for Partial Summary Judgment of No Lost Profits Damages, it is ordered that

4 Plaintiff Duhn is authorized to file under seal with the Court:

5       Plaintiff Duhn Oil Tool, Inc.'s Declaration of James M. Whitelaw re

6 Cameron's Motion for Partial Summary Judgment of No Lost Profits Damages.

7

8

9

10       **IT IS SO ORDERED.**

11

12 DATED:  October 6, 2010         By:   /s/ OLIVER W. WANGER
                                Honorable Oliver W. Wanger

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

94860

1

ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DECLARATION OF JAMES M. WHITELAW RE
CAMERON'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO LOST PROFITS DAMAGES