JOSEPH E. THOMAS (State Bar No. 101443)
*jthomas@twtlaw.com*
JAMES M. WHITELAW (State Bar No. 171974)
*jwhitelaw@twtlaw.com*
**THOMAS WHITELAW & TYLER LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California 92612
Telephone:  (949) 679-6400
Facsimile:  (949) 679-6405

THOMAS J. DALY (State Bar No. 119684)
*thomas.daly@cph.com*
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone:  (626) 795-9900
Facsimile:  (626) 577-8800

Attorneys for Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC., <br><br>    Plaintiff/Counterclaim-Defendant, <br><br>vs. <br><br>COOPER CAMERON CORPORATION, <br><br>    Defendant/Counterclaim-Plaintiff. | CASE NO. 1:05-CV-01411-OWW-GSA <br><br>Honorable Oliver W. Wanger <br><br>**PLAINTIFF DUHN OIL TOOL, INC.'S SUPPLEMENTAL EXPERT DESIGNATION** <br><br>TRIAL DATE:   January 11, 2011 |

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, and the Court's Order, granting Plaintiff/Counterclaim-Defendant Duhn Oil Tool, Inc.'s ("Duhn") Motion for Sanctions for Violation of Scheduling Order (Document 472), Duhn identifies the following additional person(s) who may be used at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence:

97241

1

1  Stuart Levy (Sughrue Mion, PLLC, 2100 Pennsylvania Ave., Suite 600,
2  Washington, D.C. 20037). Attached is a copy of Mr. Levy's curriculum vitae.
3  Mr. Levy intends to offer expert testimony on the practices and procedures in
4  connection with the patent process, including petitions to make special, payment of
5  maintenance fees as a large entity or small entity, and the naming of inventors
6  during the application process. Mr. Levy may also discuss any recognized standards
7  of practice and/or duties of care, including the duty of candor, and whether such
8  practices were followed and/or whether the standards of care were met in this case.

10 DATED: November 1, 2010          THOMAS WHITELAW & TYLER LLP

12                                  By:  /s/ James M. Whitelaw
13                                       JAMES M. WHITELAW
                                         Attorneys for Plaintiff/Counterclaim-
14                                       Defendant DUHN OIL TOOL, INC.

# EXHIBIT A

Mr. Stuart Levy
Sughrue Mion, PLLC
Washington, DC

Mr. Stuart Levy is a member of the Electrical/Mechanical Practice Group of Sughrue Mion in Washington D.C. (See page 3) He holds a J.D. from George Mason University and a B.E. in electrical engineering from the City College of New York. The focus of his legal practice is training, patent prosecution and patent appeal practice. Mr. Levy brings over 37 years experience in ex parte proceedings relative to his tenure in the U.S. Patent and Trademark Office (PTO) as a former Primary Examiner, Supervisory Patent Examiner (SPE) and Administrative Patent Judge with the Board of Patent Appeals and Interferences (BPAI). Upon appointment as an Administrative Patent Judge in 2000, Mr. Levy spent over seven years deciding appeals involving mechanical, electrical, computer, and business method technologies. Prior to his appointment to the BPAI, Mr. Levy was involved in a number of high-profile projects for the PTO, and served as vice-chair of the Supervisory Patent Examiners Classifiers Organization. Most notable among his projects were his roles as Project Leader for the creation of the Patent Assistance Center, for which he and his team received Vice President Al Gore's Hammer Award from the National Performance Review. (See page 4) He also served as Chair of the MPEP Revision Committee, in which eighteen teams and several special topic committees provided a four-year, comprehensive revision of the MPEP.

**Statement of Expertise:**

I am a former Judge on the USPTO Board of Appeals and Interferences. At the Board, I decided cases in the electrical, computer, business method and mechanical arts. (See page 3) Prior to my appointment as a Judge, I was a Supervisory Patent Examiner for 18 years. The first nine years were in mechanical arts and the second nine years were in electrical arts. Before being appointed as an SPE, I was an examiner in mechanical arts. Thus, during my 35 year tenure, I was in mechanical arts for my first eighteen years, as well as deciding mechanical cases at the Board during my last few years. I had a very distinguished career. A few notable points are that I served as Chair of the MPEP Revision Committee. With the 80 members of the Committee, which I set up, we performed a comprehensive word-by-word revision of the MPEP over a four year period. I also served as Project Leader for the creation of the Patent Assistance Center (now called the Inventor Assistance Center) for which my team and I received Vice President Al Gore's Hammer Award from the National Performance Review. I received many awards during my

tenure, including four Medal Awards from the Department of Commerce. (See page 4) I am also co-author of Chapter 9 of the BNA treatise "Electronic and Software Patents," which covers the topic of successful patent prosecution. I am Of Counsel to the Sughrue Mion, PLLC law firm where I am the firm expert on patent office practice and procedure.

**Resume Information:**

**STUART S. LEVY**

**Experience:**

    Of Counsel
    Sughrue Mion, PLLC
    Washington, DC                       Aug. 2009 - Present

    Of Counsel
    OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT P.C.
    Alexandria, Virginia             Aug. 2007 - Aug. 2009

    Administrative Patent Judge       Mar. 2000 - Aug. 2007
    U.S. PATENT & TRADEMARK OFFICE
    Alexandria, Virginia

    U.S. PATENT & TRADEMARK OFFICE    Apr. 1982 - Mar. 2000
    Arlington, Virginia
    Supervisory Patent Examiner

    U.S. PATENT & TRADEMARK OFFICE    Sep. 1978 - Apr. 1982
    Arlington, Virginia
    Primary Patent Examiner

    U.S. PATENT & TRADEMARK OFFICE    Jun. 1972 - Sep. 1978
    Arlington, Virginia
    Patent Examiner

**Education:**    COLLEGE OF THE CITY OF NEW YORK (CCNY)
                 New York, New York
                 B.E.E. (Electrical Engineering)         Jun. 1972

                 GEORGE MASON UNIVERSITY SCHOOL OF LAW

Arlington, Virginia
J.D. (Juris Doctor) (top quintile of class)                    Dec. 1980

SYRACUSE UNIVERSITY (MAXWELL SCHOOL)
Syracuse, New York
Certificate in Advanced Public Management                    Jun. 2000

**Major Awards:**

National Performance Review; Vice President's Hammer Award (Team award)
- *Project leader for the creation of the Patent Assistance Center*
Department of Commerce Silver Medal
- *Chair of the MPEP Revision Committee*
Department of Commerce Silver Medal
- *Operation and Management of the Patent Assistance Center*
Department of Commerce Bronze Medal Award
- *Performance as a Supervisory Patent Examiner (18 years)*
Department of Commerce Bronze Medal Award
- *Performance as a Patent Examiner (9 years)*
Norman P. Morganstern Award
- *Bold and Innovative Leadership as a Supervisory Patent Examiner*
EEO Non-Supervisory Award
- *Acts in furtherance of a diverse workforce at the Patent and Trademark Office*

As an Administrative Patent Judge for over seven years, I decided ex parte appeals in cases involving electrical and computer technologies, business methods and mechanical technologies.

Prior to my appointment to the Board of Patent Appeals as an Administrative Patent Judge in March of 2000, I was involved in a number of high-profile projects for the PTO, and served as vice-chair of the Supervisory Patent Examiners & Classifiers Organization. Most notable among my projects were my roles as Project Leader for the creation of the Patent Assistance Center, and as Chair of the MPEP Revision Committee from 1991-1995, in which eighteen teams and several special topic sub-committees provided a four-year, comprehensive revision of the MPEP, involving MPEP Fifth Edition, Revisions 15 and 16, and the original Sixth Edition.

As a Supervisory Patent Examiner for close to two decades (1982-2000), I worked across a broad spectrum of mechanical, electrical and computer arts, and regularly hired, trained, reviewed and evaluated the work of an art unit that generally consisted of approximately fifteen patent examiners. On an almost daily basis, made decisions as to claim construction, where to search for prior art, which prior art was

applicable to the claimed invention and which prior art should be applied against the claims, Regularly made decisions as to the patentability of claims, and what language could be inserted into claims to patentably distinguish claims over the prior art. I also made determinations as to whether the search should be expanded, and on occasion, assisted the examiner in searching the prior art. I reviewed the work of the examiners and made recommendations as to their ratings, promotions (including Certifications of Legal Competency, Negotiation Authority, promotions to signatory authority, and Masters Level Art Certifications), as well as awards for commendable and outstanding performance by examiners in my art unit. In addition, I served as instructor for the Patent Academy and the Visiting Scholars Program. I have written or co-written materials on the topics of claim construction, 35 U.S.C. §112, paragraphs 1, 2 and 6, restriction practice and appeal tips, and have taught classes on these topics to examiners in the Technology Centers.

**Bar Memberships:**

Virginia State Bar
Registered to practice before the PTO

**Professional Organizations:**

Intellectual Property Section of the Virginia State Bar
Intellectual Property Owners (IPO) Association:
Patent Office Practice Committee
Reexamination Subcommittee
Post Grant Review Subcommittee
AIPLA
ABA
Board of Directors, CCNY Alumni Association (DC Chapter)

**Recent Expert Witness Matters:**

- *GTX Corporation, Inc. v. Kofax Image Products, et al.* Civil Action No. 6:06-cv-244 (LED)

- *NET2PHONE, Inc. v. EBAY, Inc. et al.* Civil Action No. 06-2469 (KSH)

- *AFFYMAX, Inc. v. ORTHO-McNEIL PHARMACEUTICAL CORP. INC. et al.* Arbitration 50-133 T 00165 06

- MASS ENGINEERED DESIGN, INC. v. ERGOTRON, INC. et al. Civil Action No. 2:06-cv-272 (LED)

**Recent Written Materials and Presentations:**

- 2008 and 2009 updates to Chapter 9 of the BNA Treatise "Electronic and Software Patents"
- Appeal Tips: Taught with Judge Lee E. Barrett, BPAI, to over 500 Patent Examiners 2004-2005
- Restriction Practice, September 2007
- Final Rules for Ex Parte Appeals before the BPAI, Sept. 2008
- BNA Audio Conference on "Maximizing Success in Prosecution" including the new BPAI Ex Parte Appeal Rules and tips on preparing and arguing appeals before the BPAI, May 6, 2009
- Inter Partes Reexamination, Sughrue Mion, PLLC August 7, 2009