JOSEPH E. THOMAS (State Bar No. 101443)
jthomas@twtlaw.com
JAMES M. WHITELAW (State Bar No. 171974)
jwhitelaw@twtlaw.com
**THOMAS WHITELAW & TYLER LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California  92612
Telephone:  (949) 679-6400
Facsimile:   (949) 679-6405

THOMAS J. DALY (State Bar No. 119684)
thomas.daly@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California  91109-7068
Telephone:  (626) 795-9900
Facsimile:   (626) 577-8800

Attorneys for Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>            Plaintiff/Counterclaim-Defendant,<br><br>     vs.<br><br>COOPER CAMERON CORPORATION,<br><br>            Defendant/Counterclaim-Plaintiff. | CASE NO. 1:05-CV-01411-OWW-GSA<br><br>Honorable Oliver W. Wanger<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF DUHN'S OPPOSITION TO CAMERON'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT**<br><br>DATE:      November 15, 2010<br>TIME:       10:00 a.m.<br>CTRM:      3 |

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.'S ("Duhn") Request to Seal Documents in support of Duhn's Opposition to Cameron's Motion for Partial Summary Judgment of No Infringement, it is ordered that Plaintiff Duhn is authorized to file under seal with the Court:

1. OPPOSITION OF PLAINTIFF DUHN OIL TOOL, INC. TO DEFENDANT COOPER CAMERON'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT

2. PLAINTIFF DUHN OIL TOOL, INC.'S RESPONSES TO DEFENDANT CAMERON'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT;

3. PLAINTIFF DUHN OIL TOOL, INC.'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF ROSS TOBIN FILED IN SUPPORT OF CAMERON'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT;

4. EXHIBITS 1, 1A, 3, 4, 5, 6, 6A, 6B, 7, 11 & 20 TO THE DECLARATION OF WILLIAM J. KOLEGRAFF IN SUPPORT OF OPPOSITION OF PLAINTIFF DUHN OIL TOOL, INC. TO DEFENDANT COOPER CAMERON'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT

**IT IS SO ORDERED.**

DATED: November 5, 2010            /s/ OLIVER W. WANGER
                                   United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com