UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> vs. <br><br> COOPER CAMERON CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | Case No. 1:05-cv-01411-OWW-GSA <br><br> **ORDER GRANTING REQUEST TO SEAL DOCUMENTS IN SUPPORT OF DEFENDANT CAMERON'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT** <br><br> **Hon. Oliver W. Wanger** |

This Court hereby grants Defendant Cameron's Request to Seal Documents in support of Cameron's Motion for Partial Summary Judgment of No Infringement. Defendant Cameron is authorized to file the following documents under seal:

Exhibits B and B.1-12 to the Memorandum (Docket No. 447), and Exhibits D-I to the Reply (Docket No. 490), as listed below.

B.  Declaration of Ross Tobin in Support of Cameron's Motion for Partial Summary Judgment of Noninfringement.

    1.  Cameron's Installation Checklists.

    2.  Photograph of a Cameron Frac Mandrel with a Plate that Instructs that the Tubing Head Lockscrews Should NOT Be Run In.

    3.  Cameron's Buffing Checklists.

-1-   **ORDER GRANTING REQUEST TO SEAL DOCUMENTS**

PDF created with pdfFactory trial version www.pdffactory.com


4. Cameron's Return Checklists.

5. Example of Letter Sent to Cameron's Customers and Third-Party Service Providers Regarding Cameron's Frac Mandrel Installation Procedures.

6. Return-receipt Certificates, Re: Letters Regarding Cameron's Installation Procedures.

7. Customer Bulletin Re: Cameron's Installation Procedures, with Signed Acknowledgement from Cameron's Customer on April 8, 2009.

8. Customer Bulletin Re: Cameron's Installation Procedures, with Signed Acknowledgement from Cameron's Customer on April 28, 2009.

9. Customer Bulletin Re: Cameron's Installation Procedures, with Signed Acknowledgement from Cameron's Customer on March 17, 2009.

10. Letters Sent to Cameron's Customers Regarding Potential Misuse of a Cameron Mandrel.

11. Customer Bulletin Re: Cameron's Installation Procedures, with Signed Acknowledgement from Cameron's Customer on September 19, 2009.

12. Customer Bulletin Re: Cameron's Installation Procedures, with Signed Acknowledgement from Cameron's Customer on May 2, 2010.

D. Installation Checklists Chart (CAM116582-116869).

E. Return Checklists Chart (CAM116870-116883).

F. Documented Lifecycles Chart (CAM116884-116906).

G. Compilation of Return Checklists-No Dimples.

H. Compilation of Return Checklist-With Dimples.

I. Compilation of Installation/Return Checklists Confirming "Documented Lifecycles."

IT IS SO ORDERED.

**Dated:** November 15, 2010            /s/ OLIVER W. WANGER
                                        UNITED STATES DISTRICT JUDGE

-2-    ORDER GRANTING
       REQUEST TO SEAL DOCUMENTS

PDF created with pdfFactory trial version www.pdffactory.com