UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>COOPER CAMERON CORPORATION,<br><br>Defendant/Counterclaim-Plaintiff. | Case No. 1:05-cv-01411-OWW-GSA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART CAMERON'S MOTION (DOCKET NO. 446) FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT**<br><br>**Hon. Oliver W. Wanger** |

On December 2, 2010, this Court issued a Memorandum Decision (Docket No. 500) granting in part and denying in part Defendant Cameron's Motion (Docket No. 446) for Partial Summary Judgment of No Infringement. This Order grants in part and denies in part the relief requested in the Motion, as set forth in the Memorandum Decision.

Cameron's Motion requests a partial summary judgment on the following subset of Plaintiff Duhn Oil's infringement allegations.

1) no direct infringement for:
   a) selling;
   b) offering to sell, and
   c) use.

2) no indirect infringement for:
   a) contributory infringement after April 2009; and
   b) inducement infringement after April 2, 2009.

3) no infringement under the doctrine of equivalents for Claims 13, 14, 31, and 86 of the asserted '925 patent.

4) no infringement for the hundreds of instances in which Cameron asserts that it has confirmed through its checklists procedures that the accused frac mandrels were installed and operated with the tubing head lockscrews not in contact with the frac mandrel.

///

-1-   **ORDER GRANTING IN PART MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT**

PDF created with pdfFactory trial version www.pdffactory.com

For the reasons set forth in the Memorandum Decision, this Court grants Cameron's Motion as to parts 1(a), 1(b), and 3 above, and denies the Motion as to the remaining parts 1(c), 2, and 4.

IT IS SO ORDERED.

**Dated:** December 17, 2010          /s/ OLIVER W. WANGER
                                      UNITED STATES DISTRICT JUDGE

-2-   **ORDER GRANTING IN PART MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT**

PDF created with pdfFactory trial version www.pdffactory.com