UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>　　Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>COOPER CAMERON CORPORATION,<br><br>　　Defendant/Counterclaim-Plaintiff. | Case No. 1:05-cv-01411-OWW-GSA<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS IN SUPPORT OF DEFENDANT CAMERON'S MOTIONS *IN LIMINE***<br><br>**Hon. Oliver W. Wanger** |

　　This Court hereby grants Defendant Cameron's Request to Seal Documents in support of Cameron's Motion s *in Limine* (Docket No. 528):

A.1.　Partial transcript of the Deposition of Rex Duhn taken July 22, 2010 (designated by Plaintiff Duhn Oil as "Confidential" under the Protective Order).

A.2　Partial transcript of the Deposition of Jennifer Duncan taken June 24, 2010 (designated by Plaintiff Duhn Oil as "Confidential" under the Protective Order).

　　IT IS SO ORDERED.

**Dated:** December 17, 2010　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-　　**ORDER GRANTING REQUEST TO SEAL DOCUMENTS**

PDF created with pdfFactory trial version www.pdffactory.com