JOSEPH E. THOMAS (State Bar No. 101443)
*jthomas@twtlaw.com*
JAMES M. WHITELAW (State Bar No. 171974)
*jwhitelaw@twtlaw.com*
**THOMAS WHITELAW & TYLER LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California  92612
Telephone:   (949) 679-6400
Facsimile:    (949) 679-6405

THOMAS J. DALY (State Bar No. 119684)
*thomas.daly@cph.com*
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California  91109-7068
Telephone:   (626) 795-9900
Facsimile:    (626) 577-8800

Attorneys for Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>       Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>COOPER CAMERON CORPORATION,<br><br>       Defendant/Counterclaim-Plaintiff. | CASE NO. 1:05-CV-01411-OWW-GSA<br><br>Honorable Oliver W. Wanger<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL MOTIONS IN LIMINE NO. 3 AND NO. 10 AND SUPPORTING DOCUMENTS TO MOTIONS IN LIMINE NOS. 1-10** |

100990

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.'S ("Duhn") Request to Seal MOTIONS IN LIMINE NO. 3 and NO. 10 AND SUPPORTING DOCUMENTS TO MOTIONS IN LIMINE NOS. 1-10.

It is ordered that Plaintiff Duhn is authorized to file under seal with the Court:

1. Plaintiff's Motion in Limine No. 3 To Preclude Cameron's Expert Alan Ratliff from Offering the Royalty Rate Opinion Set Forth in his Report;

2. Plaintiff's Motion in Limine No. 10 to Preclude Cameron from Introducing, Publishing or otherwise Disclosing the Stock Purchase Agreement between Seaboard International and Duhn;

3. Declaration of Jennifer Duncan in Support of Plaintiff's Motion in Limine No. 10 Re Stock Purchase and Contribution Agreement;

4. **Exhibit 1** to the Kolegraff Decl., excerpts of the transcript of the June 23, 2009 deposition of Lester Lee Eubanks ("Eubanks Depo.") designated as "Confidential";

5. **Exhibit 2** to the Kolegraff Decl., the November 2007 Legal Analysis and Opinion Regarding the Possibility of Infringement of Claims 1-36 and 86-88 of U.S. Patent No. 6,920,925 By Cameron's Time Saver TM Wellhead System, prepared by Tait R. Swanson and L. Lee Eubanks IV of Fletcher Yoder designated "Confidential – Attorney's Eyes Only" (CAM044245-324) ("Fletcher Yoder Opinion.");

6. **Exhibit 2b** to the Kolegraff Decl., Exhibit 19 (CAM044927-66) to the Fletcher Yoder Opinion designated "Confidential";

7. **Exhibit 2c** to the Kolegraff Decl., Exhibit 20 (CAM04496-71) to the Fletcher Yoder Opinion designated "Confidential – Attorney's Eyes Only";

8. **Exhibit 3** to the Kolegraff Decl., excerpts of the transcript of the

PDF created with pdfFactory trial version www.pdffactory.com

January 11, 2010 deposition of Manish Vyas ("Vyas Depo.") designated as "Confidential";

9. **Exhibit 6** to the Kolegraff Decl., excerpts of the transcript of the July 22, 2010 deposition of Rex Duhn ("Duhn Depo.") designated as "Confidential";

10. **Exhibit 8** to the Kolegraff Decl., the September 9, 2009 common interest agreement between John Rogers and Cooper Cameron Corp (CAM053617-19) designated as "Confidential";

11. **Exhibit 9** to the Kolegraff Decl., the expert report of Alan Ratliff dated June 29, 2007, including exhibits ("6/29/07 Report") designated as "Confidential – Attorney's Eyes Only".

12. **Exhibit 10** to the Kolegraff Decl., the expert report of Alan Ratliff dated July 27, 2007 ("7/27/07 Report") designated as "Confidential – Attorney's Eyes Only".

13. **Exhibit 11** to the Kolegraff Decl., the expert report of Alan Ratliff dated December 8, 2010 ("12/8/10 Report") designated as "Confidential – Attorney's Eyes Only".

14. **Exhibit 12** to the Kolegraff Decl., the rebuttal expert report of Duross O'Bryan, dated June 29, 2007 designated as "Attorney's Eyes Only".

**IT IS SO ORDERED.**

DATED:  December 17, 2010          /s/ OLIVER W. WANGER
                                    UNITED STATES DISTRICT JUDGE

100990

4

ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL MOTIONS IN LIMINE NO. 3 AND NO. 10 AND SUPPORTING DOCUMENTS TO MOTIONS IN LIMINE NOS. 1-10

PDF created with pdfFactory trial version www.pdffactory.com