UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>　　　Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>COOPER CAMERON CORPORATION,<br><br>　　　Defendant/Counterclaim-Plaintiff. | Case No. 1:05-cv-01411-OWW-GSA<br><br>**ORDER GRANTING REQUEST TO SEAL MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE PORTIONS OF PLAINTIFF'S EXPERT DUROSS O'BRYAN'S PROPOSED TESTIMONY**<br><br>**Hon. Oliver W. Wanger** |

　　　This Court hereby grants Defendant Cameron's Request to Seal its Memorandum in Support of its Motion to Exclude Portions of Plaintiff's Expert Duross O'Bryan's Proposed Testimony. Defendant Cameron is authorized to file the Memorandum and attached exhibits under seal.

IT IS SO ORDERED.

**Dated:** December 17, 2010　　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1　**ORDER GRANTING REQUEST TO SEAL DOCUMENTS**

PDF created with pdfFactory trial version www.pdffactory.com