UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC., | Case No. 1:05-cv-01411-OWW-GSA |
| Plaintiff/Counterclaim-Defendant, | **ORDER GRANTING REQUEST TO SEAL MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE PORTIONS OF PLAINTIFF'S EXPERT STUART LEVY'S PROPOSED TESTIMONY** |
| vs. | |
| COOPER CAMERON CORPORATION, | |
| Defendant/Counterclaim-Plaintiff. | **Hon. Oliver W. Wanger** |

This Court hereby grants Defendant Cameron's Request to Seal its Memorandum in Support of its Motion to Exclude Portions of Plaintiff's Expert Stuart Levy's Proposed Testimony.  Defendant Cameron is authorized to file the Memorandum and attached exhibits under seal.

IT IS SO ORDERED.

**December 17, 2010**            /s/ OLIVER W. WANGER
                                                 UNITED STATES DISTRICT JUDGE

1  **ORDER GRANTING REQUEST TO SEAL DOCUMENTS**

PDF created with pdfFactory trial version www.pdffactory.com