UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> vs. <br><br> COOPER CAMERON CORPORATION, <br><br> Defendant/Counterclaim-Plaintiff. | Case No. 1:05-cv-01411-OWW-GSA <br><br> **ORDER GRANTING REQUEST TO SEAL DEFENDANT CAMERON'S OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS** <br><br> **Hon. Oliver W. Wanger** |

This Court hereby grants Defendant Cameron's Request to Seal its Objections to Plaintiff's Deposition Designations. Defendant Cameron is authorized to file the Objections to Plaintiff's Deposition Designations under seal.

**IT IS SO ORDERED.**

Dated: December 29, 2010        /s/ OLIVER W. WANGER
                                UNITED STATES DISTRICT JUDGE

1  **ORDER GRANTING REQUEST TO SEAL DOCUMENTS**

PDF created with pdfFactory trial version www.pdffactory.com