JOSEPH E. THOMAS (State Bar No. 101443)
*jthomas@twtlaw.com*
JAMES M. WHITELAW (State Bar No. 171974)
*jwhitelaw@twtlaw.com*
**THOMAS WHITELAW & TYLER LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California  92612
Telephone:  (949) 679-6400
Facsimile:   (949) 679-6405

THOMAS J. DALY (State Bar No. 119684)
*thomas.daly@cph.com*
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California  91109-7068
Telephone:  (626) 795-9900
Facsimile:   (626) 577-8800

Attorneys for Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC., <br><br>    Plaintiff/Counterclaim-Defendant, <br><br> vs. <br><br> COOPER CAMERON CORPORATION, <br><br>    Defendant/Counterclaim-Plaintiff. | CASE NO. 1:05-CV-01411-OWW-GSA <br><br> Honorable Oliver W. Wanger <br><br> **ORDER GRANTING PLAINTIFF DUHN OIL TOOL, INC.'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF ITS RESPONSES TO MOTIONS *IN LIMINE* BY DEFENDANT CAMERON AND CAMERON'S MOTIONS TO EXCLUDE EXPERT TESTIMONY** |

102431

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Plaintiff/Counterclaim-Defendant DUHN OIL TOOL, INC.'S ("Duhn") Request to Seal EXHIBITS IN SUPPORT OF ITS RESPONSES TO MOTIONS *IN LIMINE* BY DEFENDANT CAMERON AND CAMERON'S MOTIONS TO EXCLUDE EXPERT TESTIMONY.

It is ordered that Plaintiff Duhn is authorized to file under seal with the Court:

1. Plaintiff's Opposition to Motion to Exclude Portions of Plaintiff's Expert Duross O'Bryan's Proposed Testimony;
2. **Exhibit 2** to the Kolegraff Decl., excerpts of the deposition transcript of R. Duhn taken on 07/22/10;
3. **Exhibit 3** to the Kolegraff Decl., excerpts of the deposition transcript of J. Duncan taken on 06/24/10;
4. **Exhibit 1** to the Kolegraff Decl., excerpts of the deposition transcript of J. Rogers taken on 01/27/10 and Exs. 15, 16 and 17;
5. **Exhibit 5** to the Kolegraff Decl., the Rule 26 Expert Report of A. Ratliff and exhibits dated 06/29/07.

**IT IS SO ORDERED.**

DATED: January 14, 2011            /s/ OLIVER W. WANGER
                                   United States District Judge

102431

ORDER GRANTING PLAINTIFF DUHN OIL TOOL, INC.'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF ITS RESPONSES TO MOTIONS *IN LIMINE* BY DEFENDANT CAMERON AND CAMERON'S MOTIONS TO EXCLUDE EXPERT TESTIMONY

PDF created with pdfFactory trial version www.pdffactory.com