1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHN OIL TOOL, INC., | Case No. 1:05-cv-01411-OWW-GSA |
|     Plaintiff/Counterclaim-Defendant, | **ORDER GRANTING REQUEST TO SEAL EXHIBITS A-G IN SUPPORT OF CAMERON'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 3** |
|     vs. | |
| COOPER CAMERON CORPORATION, | |
|     Defendant/Counterclaim-Plaintiff. | **Hon. Oliver W. Wanger** |

This Court hereby grants Defendant Cameron's Request to Seal Exhibits A-G in Support of Cameron's Opposition to Plaintiff's Motion in Limine No. 3. Defendant Cameron is authorized to file the Exhibits under seal.

IT IS SO ORDERED.

Dated: January 25, 2011　　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　United States District Judge

1     **ORDER GRANTING REQUEST TO SEAL DOCUMENTS**

PDF created with pdfFactory trial version www.pdffactory.com