CHARLES J. ROGERS, admitted *pro hac vice*
CONLEY ROSE, P.C.
600 Travis Street, Suite 7100
Houston, Texas 77002-2912
Telephone: (713) 238-8049
Facsimile: (713) 238-8008
e-mail: crogers@conleyrose.com

Attorneys for Defendant
Cameron International Corporation

JOSEPH E. THOMAS (State Bar No. 101443)
jthomas@twtlaw.com
JAMES M. WHITELAW (State Bar No. 171974)
jwhitelaw@twtlaw.com
THOMAS WHITELAW & TYLER LLP
18101 Von Karman Avenue, Suite 230
Irvine, California 92612
Telephone: (949) 679-6400
Facsimile: (949) 679-6405

Attorneys for Plaintiff/Counterclaim-Defendant
Duhn Oil Tool, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>CAMERON INTERNATIONAL CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | CASE NO. 1:05-CV-01411-OWW-GSA<br><br>**STIPULATION AND ORDER TO RESCHEDULE THE HEARING REGARDING ENTRY OF JUDGMENT**<br><br>Current Hearing Date:<br>    **February 14, 2011**<br>Time:    11:30 a.m.<br><br>[Proposed] New Hearing Date:<br>    **February 11, 2011**<br>Time:    12:00 p.m.<br>Ctrm:    Courtroom 3, 7th Floor<br>Judge:    Hon. Oliver W. Wanger |

    All parties to this action respectfully request that this Court reschedule the hearing currently set for February 14, 2011 regarding Entry of Judgment, to move the hearing to February 11, 2011.

STIPULATION TO RESCHEDULE HEARING

PDF created with pdfFactory trial version www.pdffactory.com

## **STIPULATION**

IT IS HEREBY STIPULATED by the parties and through their respective undersigned attorneys that the February 14, 2011 hearing regarding Entry of Judgment is rescheduled to February 11, 2011 at 12:00 p.m.

THROUGH COUNSEL OF RECORD, IT IS SO STIPULATED.

DATED: February 4, 2011    THOMAS WHITELAW & TYLER LLP

By:    /s/James M. Whitelaw
    JOSEPH E. THOMAS
    JAMES M. WHITELAW
    WILLIAM J. KOLEGRAFF
    Attorneys for Plaintiff/Counterclaim-Defendant
    DUHN OIL TOOL, INC.

DATED: February 4, 2011    CONLEY ROSE, P.C.

By:    /s/Charles J. Rogers
    CHARLES J. ROGERS
    Attorneys for Defendant/Counterclaim-Plaintiff
    CAMERON INTERNATIONAL
    CORPORATION

## **ORDER**

Having considered the Stipulation and good cause appearing, IT IS HEREBY ORDERED that the February 14, 2011 hearing regarding Entry of Judgment is rescheduled to February 11, 2011 at 12:00 p.m.

IT IS SO ORDERED.

Dated: February 7, 2011    /s/ OLIVER W. WANGER
    United States District Judge

2
STIPULATION AND ORDER TO RESCHEDULE HEARING

PDF created with pdfFactory trial version www.pdffactory.com