# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>                    Plaintiff,<br>vs.<br><br>COOPER CAMERON CORPORATION,<br><br>                    Defendant. | CASE NO. 1:05-CV-01411-MLH-GSA<br><br>**ORDER GRANTING JOINT MOTION TO MOVE TRIAL VENUE** |

On November 21, 2011, the parties in this Eastern District case filed a joint motion to move the trial venue to San Diego, California. (Doc. No. 721.) The Court, for good cause shown, grants the joint motion to move the venue of the trial to the Southern District of California. The trial is scheduled for February 15, 2012, at 9:00 a.m. in Courtroom 13 of the United States District Court for the Southern District of California.

IT IS SO ORDERED.

Dated: November 21, 2011

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT