1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>                              Plaintiff,<br>     vs.<br>COOPER CAMERON CORPORATION,<br><br>                              Defendant. | CASE NO. 1:05-CV-1411-MLH-GSA<br><br>**SCHEDULING ORDER** |

        The Court vacates the pre-trial conference currently set on January 30, 2012 at 10:30 a.m., and sets a pre-trial conference on January 31, 2012 at 10:00 a.m, in Courtroom 13 of the United States District Court, Southern District of California.

        **IT IS SO ORDERED.**

DATED: January 24, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT