# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC., | CASE NO. 1:05-CV-1411-MLH-GSA |
| Plaintiff, | **SCHEDULING ORDER** |
| vs. | |
| COOPER CAMERON CORPORATION, | |
| Defendant. | |

The Court vacates the pre-trial conference currently set on January 30, 2012 at 10:30 a.m., and sets a pre-trial conference on January 31, 2012 at 10:00 a.m, in Courtroom 13 of the United States District Court, Southern District of California.

**IT IS SO ORDERED.**

DATED: January 24, 2012

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT