# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC., <br><br> Plaintiff, <br> vs. <br> COOPER CAMERON CORPORATION, <br><br> Defendant. | CASE NO. 1:05-CV-1411-MLH-GSA <br><br> **ORDER REGARDING TRIAL DEMONSTRATIVE** |

At the pre-trial conference on January 31, 2012, Defendant Cooper Cameron requested the Court to reserve a parking space during trial so that Defendant may park a vehicle carrying a large demonstrative device. The Court has reserved a parking space for the vehicle. The parking space will be available beginning at 5 p.m. on February 14, 2012, through 5:30 p.m. on February 15, 2012. The corded-off parking space will be located near the federal courthouse construction site and across from the Metropolitan Correctional Center. The vehicle may park along the white curb on Union Street, north of F street. Vehicle access on Union Street may not be blocked.

**IT IS SO ORDERED.**

Dated: February 2, 2012

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT