1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11

| | |
|---|---|
| DUHN OIL TOOL, INC., | CASE NO. 1:05-CV-1411-MLH-GSA |
| Plaintiff, | **ORDER REGARDING TRIAL DEMONSTRATIVE** |
| vs. | |
| COOPER CAMERON CORPORATION, | |
| Defendant. | |

12
13
14
15

16    At the pre-trial conference on January 31, 2012, Defendant Cooper Cameron requested

17  the Court to reserve a parking space during trial so that Defendant may park a vehicle carrying

18  a large demonstrative device.  The Court has reserved a parking space for the vehicle.  The

19  parking space will be available beginning at 5 p.m. on February 14, 2012, through 5:30 p.m.

20  on February 15, 2012.   The corded-off parking space will be located near the federal

21  courthouse construction site and across from the Metropolitan Correctional Center.  The

22  vehicle may park along the white curb on Union Street, north of F street.  Vehicle access on

23  Union Street may not be blocked.

24    **IT IS SO ORDERED.**

25  Dated: February 2, 2012

26

27    MARILYN L. HUFF, District Judge
    UNITED STATES DISTRICT COURT

28