# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC., <br><br>　　　　　　　　　　　Plaintiff, <br>　vs. <br>COOPER CAMERON CORPORATION, <br><br>　　　　　　　　　　　Defendant. | CASE NO. 1:05-CV-1411-MLH-GSA <br><br>**SCHEDULING ORDER** |

　　　The Court sets a hearing on the issues raised in the parties' recent post-trial filings, to be held on April 25, 2012, at 9:00 a.m., in Courtroom 13 of the United States District Court, Southern District of California.

　　　**IT IS SO ORDERED.**

DATED: March 28, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT