# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC., <br><br> Plaintiff, <br> vs. <br> COOPER CAMERON CORPORATION, <br><br> Defendant. | CASE NO. 1:05-CV-1411-MLH-GSA <br><br> **SCHEDULING ORDER** |

On April 10, 2012, Defendant Cooper Cameron Corporation submitted to the Court its response to Plaintiff Duhn Oil Tool, Inc.'s supplemental brief on damages. (Doc. No. 770.) Plaintiff Duhn Oil Tool, Inc. may also file supplemental briefing, if desired, by **April 23, 2012**.

**IT IS SO ORDERED.**

DATED: April 17, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT