# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC., | CASE NO. 1:05-CV-1411-MLH-GSA |
| Plaintiff, | **SCHEDULING ORDER** |
| vs. | |
| COOPER CAMERON CORPORATION, | |
| Defendant. | |

The Court sets a telephonic status conference for **July 27, 2012** at **10:30 a.m.** The parties should contact the Court on or before Thursday, July 26, 2012, at 5:00 p.m. to provide a phone number at which the parties can be reached.

**IT IS SO ORDERED.**

DATED: July 23, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT