# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC., | CASE NO. 1:05-CV-01411-MLH-GSA |
| Plaintiff, | **PROPOSED FINAL JUDGMENT** |
| vs. | |
| CAMERON INTERNATIONAL CORPORATION, | |
| Defendant. | |

The Court attaches to this order a proposed judgment. The parties may submit any opposition to this proposed judgment within fourteen days of the date of this order. Otherwise, the Court will enter judgment as set forth in the attached order.

The Court understands that Defendant Cameron wishes to address whether costs should be awarded to it as the prevailing party. The Court has bracketed the issue of costs in its proposed judgment. Furthermore, it does not appear to the Court that this is an exceptional case that requires the award of attorney's fees. See 35 U.S.C. § 285.

**IT IS SO ORDERED.**

DATED: July 27, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC., | CASE NO. 1:05-CV-01411-MLH-GSA |
| Plaintiff, | **FINAL JUDGMENT** |
| vs. | |
| CAMERON INTERNATIONAL CORPORATION, | |
| Defendant. | |

This is a patent lawsuit filed by Plaintiff Duhn Oil Tool, Inc. ("Duhn Oil") against Cooper Cameron Corporation ("Cameron"). The patent-in-suit is United States Patent No. 6,920,925 "Wellhead Isolation Tool" ("the '925 patent"). On November 9, 2005, Plaintiff Duhn Oil filed a complaint for patent infringement against Defendant Cameron. (Doc. No. 1.) Following a jury trial and a bench trial on certain issues, and in accordance with the jury's verdict and the Court's orders, the Court issues judgment under Federal Rule of Civil Procedure 58(a).

**IT IS ORDERED AND ADJUDGED THAT:**

Claims 1, 2, 4, 5, 9, and 29 of the '925 patent are invalid for anticipation by the '94 catalog under 35 U.S.C. § 102. (Doc. No. 764.)

Claim 3 is invalid as obvious under 35 U.S.C. § 103. (Doc. No. 775.)

Therefore, all asserted claims of the '925 patent are invalid. (Doc. Nos. 764, 775.) The

1  Court issues judgment in favor of Defendant Cameron International and against Plaintiff Duhn
2  Oil Tool, Inc.  [Each party will bear its own costs.]  [The Court grants costs to Cameron as the
3  prevailing party.]  [Each party will bear its own attorney's fees.]

4  **IT IS SO ORDERED.**

5  DATED: _____

_____

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT