# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC., | CASE NO. 1:05-CV-1411-MLH-GSA |
| Plaintiff, | **SCHEDULING ORDER** |
| vs. | |
| COOPER CAMERON CORPORATION, | |
| Defendant. | |

In its proposed judgment filed on July 27, 2012, the Court invited comments from the parties on the allocation of costs and whether costs should be awarded to Defendant Cameron as the prevailing party, due by **August 10, 2012**. (Doc. No. 779.). In the event that the Court concludes that Defendant Cameron is the prevailing party, the Court, pursuant to Local Rule 292, requests that Defendant Cameron submit to the Court its proposed bill of costs by **August 31, 2012**. In accordance with Local Rule 292, Plaintiff Duhn Oil may file its objections to Defendant Cameron's proposed bill of costs by **September 7, 2012**.

Additionally, the Court sets a telephonic hearing on the proposed judgment and whether Defendant Cameron is the prevailing party for **August 17, 2012 at 1:30 p.m.** The parties should contact Chambers on or before **August 16, 2012 at 5:00 p.m.** to provide a phone number at which the parties can be reached.

///

///

1  Further, in a telephonic status hearing on July 27, 2012, the parties indicated to the
2  Court that they would file a stipulation to dismiss Defendant Cameron's counterclaims.
3  Accordingly, the Court orders the parties to file their stipulation regarding the counterclaims
4  on or before **August 10, 2012**.

**IT IS SO ORDERED.**

DATED: July 31, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT