# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC., | CASE NO. 1:05-CV-1411-MLH-GSA |
| Plaintiff, | **ORDER DISMISSING DEFENDANT'S COUNTERCLAIMS** |
| vs. | |
| COOPER CAMERON CORPORATION, | |
| Defendant. | |

On August 9, 2012, the parties filed a stipulation of voluntary dismissal of Defendant Cooper Cameron Corporation's counterclaims seeking a declaratory judgment as to the unenforceability of United States Patent Nos. 7,322,407 and 7,416,020, asserted in Defendant Cameron's answer and counterclaim to Plaintiff Duhn Oil Tool, Inc.'s Third Amended Complaint. (See Doc. Nos. 449, 781.)  For good cause shown and in accordance with the terms of the parties' stipulation, the Court dismisses without prejudice Defendant Cooper Cameron's counterclaims seeking a declaratory judgment as to the unenforceability of United States Patent Nos. 7,322,407 and 7,416,020.  (See Doc. No. 449.)

**IT IS SO ORDERED.**

DATED: August 10, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT