1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9

10 | DUHN OIL TOOL, INC.,

CASE NO. 1:05-CV-1411-MLH-GSA

11 |                                      Plaintiff,

**ORDER DISMISSING DEFENDANT'S COUNTERCLAIMS**

12 | vs.

COOPER CAMERON CORPORATION,

13

14 |                                      Defendant.

15
16      On August 9, 2012, the parties filed a stipulation of voluntary dismissal of Defendant
17 Cooper Cameron Corporation's counterclaims seeking a declaratory judgment as to the
unenforceability of United States Patent Nos. 7,322,407 and 7,416,020, asserted in Defendant
18 Cameron's answer and counterclaim to Plaintiff Duhn Oil Tool, Inc.'s Third Amended
19 Complaint. (See Doc. Nos. 449, 781.) For good cause shown and in accordance with the
20 terms of the parties' stipulation, the Court dismisses without prejudice Defendant Cooper
21 Cameron's counterclaims seeking a declaratory judgment as to the unenforceability of United
22 States Patent Nos. 7,322,407 and 7,416,020. (See Doc. No. 449.)

23      **IT IS SO ORDERED.**

24 DATED: August 10, 2012

25
26
27      MARILYN L. HUFF, District Judge
        UNITED STATES DISTRICT COURT
28

- 1 -                                    05cv1411