# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC., | CASE NO. 1:05-CV-01411-MLH-GSA |
| Plaintiff, | **FINAL JUDGMENT** |
| vs. | |
| CAMERON INTERNATIONAL CORPORATION, | |
| Defendant. | |

This is a patent lawsuit filed by Plaintiff Duhn Oil Tool, Inc. ("Duhn Oil") against Cooper Cameron Corporation ("Cameron"). The patent-in-suit is United States Patent No. 6,920,925 "Wellhead Isolation Tool" ("the '925 patent"). On November 9, 2005, Plaintiff Duhn Oil filed a complaint for patent infringement against Defendant Cameron. (Doc. No. 1.) Following a jury trial and a bench trial on certain issues, and in accordance with the jury's verdict and the Court's orders, the Court issues judgment under Federal Rule of Civil Procedure 58(a).

**IT IS ORDERED AND ADJUDGED THAT:**

Claims 1, 2, 4, 5, 19, and 29 of the '925 patent are invalid for anticipation by the '94 catalog under 35 U.S.C. § 102. (Doc. No. 764.)

Claim 3 is invalid as obvious under 35 U.S.C. § 103. (Doc. No. 775.)

Therefore, all asserted claims of the '925 patent are invalid. (Doc. Nos. 764, 775.) The

1  Court issues judgment in favor of Defendant Cameron International and against Plaintiff Duhn
2  Oil Tool, Inc.  The Court grants costs to Cameron as the prevailing party.  Each party will bear
3  its own attorney's fees as the Court concludes this is not an exceptional case under 35 U.S.C.
4  § 285.

5  **IT IS SO ORDERED.**

6  DATED: August 17, 2012

8  MARILYN L. HUFF, District Judge
   UNITED STATES DISTRICT COURT