# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC., | CASE NO. 1:05-CV-01411-MLH-GSA |
| Plaintiff, | **FINAL JUDGMENT** |
| vs. | |
| CAMERON INTERNATIONAL CORPORATION, | |
| Defendant. | |

This is a patent lawsuit filed by Plaintiff Duhn Oil Tool, Inc. ("Duhn Oil") against Cooper Cameron Corporation ("Cameron"). The patent-in-suit is United States Patent No. 6,920,925 "Wellhead Isolation Tool" ("the '925 patent"). On November 9, 2005, Plaintiff Duhn Oil filed a complaint for patent infringement against Defendant Cameron. (Doc. No. 1.) Following a jury trial and a bench trial on certain issues, and in accordance with the jury's verdict and the Court's orders, the Court issues judgment under Federal Rule of Civil Procedure 58(a).

**IT IS ORDERED AND ADJUDGED THAT:**

Claims 1, 2, 4, 5, 19, and 29 of the '925 patent are invalid for anticipation by the '94 catalog under 35 U.S.C. § 102. (Doc. No. 764.)

Claim 3 is invalid as obvious under 35 U.S.C. § 103. (Doc. No. 775.)

Therefore, all asserted claims of the '925 patent are invalid. (Doc. Nos. 764, 775.) The

Court issues judgment in favor of Defendant Cameron International and against Plaintiff Duhn Oil Tool, Inc. The Court grants costs to Cameron as the prevailing party. Each party will bear its own attorney's fees as the Court concludes this is not an exceptional case under 35 U.S.C. § 285.

**IT IS SO ORDERED.**

DATED: August 17, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT