1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9            **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**
10

| | |
|---|---|
| SEABOARD INTERNATIONAL, INC., <br><br> Plaintiff-Counterdefendant, <br><br> vs. <br><br> CAMERON INTERNATIONAL CORP., <br><br> Defendant-Counterclaimant. <br><br> AND RELATED CASE | CASE NO. 1:13-CV-00281-MLH-SKO; 1:05-CV-01411-MLH-GSA <br><br> **ORDER CONTINUING HEARING DATE AND SCHEDULING ORDER** |

On September 26, 2013, the Court held a telephonic status conference in this case and a related case <u>Duhn Oil Tool, Inc. v. Cameron International Corp.</u>, 1:05-cv-01411. Laura Wytsma and Meredith Siller appeared for Plaintiff Seaboard International, Inc. Charles Rogers appeared for Defendant Cameron International Corp. The parties sought direction from the Court about how to exonerate the appeal bond in the related case. (Case No. 1:05-cv-01411, Doc. No. 814.) If the parties seek to exonerate the appeal bond, they are to file a joint motion or joint stipulation to exonerate the bond and release the surety.

There is currently a hearing regarding Plaintiff's motion to strike defenses and dismiss counterclaims set for Monday, October 21, 2013, at 10:30 a.m. (Case No. 1:13-CV-00281-MLH-SKO, Doc. No. 51.) The Court, for good cause shown, continues the

1  hearing to Thursday, November 21, 2013 at 10 a.m. without prejudice to further
2  continuance and orders the hearing to be held telephonically. Furthermore, the Court,
3  for good cause shown, continues all upcoming dates in the August 23, 2013 scheduling
4  order by thirty (30) days, without prejudice to further continuance. (Case No. 1:13-CV-
5  00281-MLH-SKO, Doc. No. 50.) The Court will publish an updated scheduling order
6  reflecting these changes.

7  **IT IS SO ORDERED**.
8  DATED: September 26, 2013

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT