# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SEABOARD INTERNATIONAL, INC.,<br><br>　　　　Plaintiff-Counterdefendant,<br>vs.<br><br>CAMERON INTERNATIONAL CORP.,<br><br>　　　　Defendant-Counterclaimant. | CASE NO. 1:13-CV-00281-MLH-SKO; 1:05-CV-01411-MLH-GSA<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

AND RELATED CASE

On December 19, 2013 the Court held a telephonic status conference and motion hearing. (Doc. No. 59.) On December 19, 2013, the parties filed a joint motion to dismiss all claims and counterclaims with prejudice pursuant to a settlement agreement dated December 13, 2013. (Doc. No. 58.)

///
///
///
///
///
///
///
///

    For good cause shown, the Court grants the joint motion and dismisses all claims and counterclaims in this action with prejudice. Fed. R. Civ. P. 41(a).

    The Court further orders:

1. Each party is to bear their own costs, expenses, and attorneys' fees.
2. The Court retains jurisdiction over issues related to the December 13, 2013 settlement agreement, U.S. Patent No. 8,333,237, and U.S. Patent No. 6,920,925.
3. All pending motions are denied as moot.
4. The Court directs the clerk to close this case.

**IT IS SO ORDERED**.

DATED: December 20, 2013

*[signature]*

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT