UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>                Plaintiff,<br>vs.<br><br>CAMERON INTERNATIONAL CORP.,<br><br>                Defendant. | CASE NO. 1:05-CV-01411-MLH-GSA<br><br>**TENTATIVE ORDER GRANTING JOINT MOTION FOR VACATUR** |

    On March 25, 2014, the United States Court of Appeals for the Federal Circuit granted the parties' motion to remand the case to this Court for the limited purpose of the Court's consideration of the parties' motion to vacate. (Doc. No. 822.) The Court previously issued an indicative ruling that stated its willingness to grant the joint motion. (Doc. No. 820.) In light of the Federal Circuit's order, the Court issues the attached tentative order.

    If the parties wish to propose changes to the form or language of the Court's tentative order, they must submit their proposed changes on or before April 10, 2014.

**IT IS SO ORDERED**.
DATED: April 3, 2013

*/s/ Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| DUHN OIL TOOL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CAMERON INTERNATIONAL CORP., <br><br> Defendant. | CASE NO. 1:05-CV-01411-MLH-GSA <br><br> **PROPOSED ORDER GRANTING JOINT MOTION FOR VACATUR** |

On March 25, 2014, the United States Court of Appeals for the Federal Circuit granted the parties' motion to remand the case to this Court for the limited purpose of the Court's consideration of the parties' motion to vacate. (Doc. No. 822.) The Court, for good cause shown, grants the parties' joint motion to vacate. Fed. R. Civ. P. 60(b); 62.1(c). Accordingly, the Court sets aside its order of final judgment. (Doc. No. 788.)

**IT IS SO ORDERED**.

DATED: _____

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT