# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DUHN OIL TOOL, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>CAMERON INTERNATIONAL CORP.,<br><br>    Defendant. | CASE NO. 1:05-CV-01411-MLH-GSA<br><br>**ORDER GRANTING JOINT MOTION FOR VACATUR AND DISMISSING CASE WITH PREJUDICE** |

On March 25, 2014, the United States Court of Appeals for the Federal Circuit granted the parties' motion to remand the case to this Court for the limited purpose of the Court's consideration of the parties' motion to vacate. (Doc. No. 822.) The Court, for good cause shown, grants the parties' joint motion to vacate. Fed. R. Civ. P. 60(b); 62.1(c). Accordingly, the Court sets aside its order of final judgment. (Doc. No. 788.)

Additionally, pursuant to the parties' settlement and good cause appearing therefore, the Court hereby dismisses with prejudice all claims and counterclaims filed in this action, with all parties bearing their own attorneys' fees and costs.

**IT IS SO ORDERED**
Dated: April 14, 2014

_____
Marilyn L. Huff, District Judge
UNITED STATES DISTRICT COURT